**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

---

SUCDEN AMERICAS CORP.

Plaintiff,

v.

THE UNITED STATES

Defendant

---

COURT N0. 22-00228

## COMPLAINT

Plaintiff, Sucden Americas Corporation, by and through its attorney of record, alleges as follows:

### PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Miami, Florida.

2. Defendant, United States, through United States Customs and Border Protection ("Customs"), is responsible to classify merchandise imported into the United States under the Harmonized Tariff Schedule of the United States ("HTSUS") and to collect duties where appropriate.

### JURISDICTION

3. Plaintiff is the importer of record and the real party in interest in the subject four entries of sugar imported from Guatemala.

4. Pursuant to 19 U.S.C. Sec. 1514(a)(2), Plaintiff timely filed four protests on January 31, 2022 to challenge Customs' decisions at liquidations to assess duties under Subh.1701.99.5050, HTSUS, rather than classify the subject sugar CAFTA -DR free of duties under Subh. 9822.05.20 and Subh. 1701.99.5050, HTSUS, as claimed by Plaintiff.

5. Customs denied the four protests on February 3, 2022, stating that "Section 520d claims must be

filed within one year of the date of importation"

6. Plaintiff has standing to bring this Action because it is the party that filed the four subject entries, paid the duties and filed the four subject protests, which were denied.

7. Based on the subject timely- filed four protests, which Customs denied, and the timely- filed Summons, which Plaintiff has filed, this Court has jurisdiction of this Action under 28 U.S.C. Sec. 1581(a), as amended.

## FACTUAL BACKGROUND AND ARGUMENT

8. This Action involves the classification of sugar from Guatemala imported under CAFTA-DR Entry No. J82-0008331-2 (dated October 11,2020), as well as under the three other subject CAFTA-DR entries made shortly thereafter, in all of which, duties were deposited at their times of entry under Subh.1701.99.5050, HTSUS because CAFTA-DR duty-free sugar quota was not available for "qualifying goods" at the times those entries were filed.

9. Attached as **Collective Exhibits A, B, C, and D** are copies of all the documents filed electronically with U.S. CBP, which detail all the events, which took place in the processing of the four subject entries of "qualifying good" Guatemala sugar, the subject of this case, and establish that the subject sugar qualified for duty-free treatment.

10. At the time of entry of the first shipment, duty-free treatment was requested in the initial filing, but because quota was not available, a dutiable entry was made and duties were paid. The other three entries in this case were made shortly thereafter and because it was known that quota was not available, duties were deposited without making claims for duty-free entry.

11. Shortly after these four entries were made and duties were deposited, Plaintiff became aware that CAFTA-DR duty-free quota was available and took the necessary timely action of preparing and filing Post Summary Corrections (PSCs) **which constituted timely filed and not late-filed** CAFTA-DR

Claims. Revised entries having the required P+ CAFTA-DR descriptions for qualifying duty-free sugar, were timely filed to meet the "qualifying good" requirements to obtain the then available CAFTA-DR duty-free quota, which was <u>unconditionally granted </u>to Entry No. J82-0008331-2 on November 22, 2020

and to the other three subject entries on November 19, 2020, as set out in the documents filed electronically with U.S. CBP. (See <u>Collective Exhibits A, B, C, and D. </u>)

12. When these four entries of "qualifying good" sugar were correctly transformed electronically into CAFTA-DR duty-free quota entries unconditionally, all four of these entries were then unconditionally assigned available duty-free CAFTA-DR quota and were ready to be liquidated CAFTA-DR free of duty.  Because this was timely done, Plaintiff was entitled to receive all  the quota benefits provided under 19 CFR Sec. 132.13(b), which provides:

(b**) Closing of the quota**: Except, as provided in Sec. !32.12, at the closing of a quota all entries or withdrawals for consumption which have acquired quota status due to presentation shall be entitled to quota benefits.

13.  Applying this provision and all the other quota provisions, the subject entries, having electronically acquired CAFTA-DR duty-free status, should be accorded all the granted quota benefits and cannot be subjected to additional filing requirements.

14. Rather than promptly liquidate these entries and refund the duties and fees paid, which should have been done, Customs delayed for nearly 11 months and then illegally "reverted" the Post Summary Corrections in Entry No. J82-0008331-2 on August 23,2021 and in Entry No. J82-0008381-7 on August 30,2021 and "rejected" the Post Summary Corrections in Entry No. J82-0008347-8 on August 16,2021 and the Post Summary Correction in Entry No J82-0008385-8 on August 30, 2021, stating that "Post Summary Correction Claims can only be made via a properly filed Claim pursuant to 19 U.S.C. 1520(d)".

15. The four Post Summary Corrected entries were cancelled and the subject entries were liquidated dutiable, as follows:

     a.   Entry No. J82-0008331-2 was liquidated dutiable on August 27,2021.

b. Entry No. J82-0008347-8 was liquidated dutiable on October 14,2021.

c. Entry No.  J82-0008381-7 was liquidated dutiable on September 03,2021.

d. Entry No. J82-0008385-8 was liquidated dutiable on September 10,2021.

16. Timely protests were filed against the liquidations of each of these entries on January 31, 2022 and all were denied by CBP on February 3, 2022 by CBP: the first because: "Section 520(d) claims must be filed within one year of the date of importation. And the other 3 were denied because: "Section 520D claims must be filed within one year of date of importation."

17.  Plaintiff claims that CBP cannot thereafter cancel these changes, which were timely made and accepted when quota was available, which transformed the entries into duty-free quota entries, and require that 19 U.S.C. Sec. 1520(d) claims be filed within I year from the entry dates of the four entries, which was not done and which led to the disallowance of Plaintiff's protests.

18. The Guatemala sugar in the subject four entries was "qualified goods" which qualified for CAFTA-DR duty- free treatment under Subh.9822.05.20 and Subh.1701.99.5050 HTSUS, when the available quota was given in these four entries and new repetitive claims under 19 U.S.C. Sec. 1520(d) were not required for the reasons set out hereinafter:

19. It is respectfully submitted that the Plaintiff herein did in fact file the required timely Claims for duty-free CAFTA-DR quota treatment within one year of making the four entries: **first** at the time of entry of the first shipment, which entry was rejected because the goods did **not** qualify for duty-free treatment, because the quota was unavailable, and  again for all four entries within a month later, when CAFTA-DR quota was available for "qualifying goods" and at which time, the **quota was granted** and the Customs records were modified to show that the subject "qualifying" sugar entries were changed to duty-free CAFTA-DR quota entries, and their Guatemala sugar content was correctly charged against the annual quota for the 2020 year of entry of the subject four entries.

20.  When the available CAFTA-DR quota was given to all four of these entries, when applied for, upon showings made that they were "qualifying goods" which qualified for duty-free treatment, the

Claims were timely filed and **were not late-filed** and there was no legal basis for CBP thereafter to deny these "qualifying goods" CAFTA-DR duty-free treatment.

21. When the available CAFTA-DR quota was given to the subject four entries and the records were all changed to show their change in status, these entries became duty-free quota entries, which are subject to the Customs Regulations set out in Part 132-QUOTAS of the Customs Regulations, including 19 U.S.C. Sec.132.13(b), which provides:

(b) **Closing of the quota.** Except, as provided in Sec.132.12, at the closing of a quota all entries or withdrawals for consumption which have acquired quota status due to presentation shall be entitled to quota benefits.

22. Applying this provision and all the other quota provisions, the subject entries, having electronically acquired CAFTA-DR duty-free quota status, are entitled to be accorded all the quota benefits and cannot be subjected to additional filing requirements.

23. The denials of duty-free status by CBP for plaintiff's failure to file 19 U.S.C. Sec. 1520(d) and 19 CFR 10-590 claims (see Exhibits E and F) within one year from their entry were incorrect and illegal because, by their terms, 19 U.S.C. Sec. 1520(d) and 19 CFR Sec. 10.590, which applies to CAFTA-DR goods, are not applicable in the instant case for the following reasons:

    a.   With respect to the first entry, No. J82-0008331-2, when this entry was first presented, a Claim for CAFTA-DR duty-free entry was filed and denied because no quota was available. The specific language of 19 U.S.C. Sec. 1520(d) and of 19 CFR Sec. 10.590 precludes such an entry from making a 19 U.S.C. Sec. 1520(d)Claim and from making a 19 CFR Sec. 10.590 Claim when, as here, a timely CAFTA-DR Claim was made at the time of entry and was denied.

    b.   With respect to the three later-filed entries, because duty-free quota was not available at the times of their entry, the sugar in those shipments **did not qualify** for duty-free quota at the times of their entry, as also required by the specific language of 19 U.S.C Sec 1520(d) and

19 CFR Sec.10.590.  Since no quota was available at the times when these three later entries

were filed, that Imported sugar did not qualify for duty-free treatment at the time of entry

and no claims were filed at the times of their entry. Later, within a month of their dates

of entry, timely Post-Entry Claims for the then available CAFTA-DR quota were filed and

duty-free quota was granted. Thereafter, this quota was wrongfully cancelled, which action

was protested and denied more than a year after the entries were made.

c.  Because both 19 U.S.C. Sec. 1520(d) and 19 CFR Sec.10.590 have the same exclusionary

of the similar introductory language: "Notwithstanding any other available remedy ..." and

"Notwithstanding the fact that a valid protest was not filed '" it is clear that there are other

ways to make timely valid CAFTA-DR claims after dutiable entries are made, including the

filing of valid Post Summary Correction Claims and the 19 U.S.C. 1514 Protest process. These

were specifically approved previously in Sec.6.8 of CBP Directive No. 3550-085 to make Post-

Entry (NAFTA) TPL (Tariff Preference Levels) Claims for Non-NAFTA originating goods, which,

like the subject goods, could not be the subject of 19 U.S.C. Sec. 1520(d) claims at their times

of entry.

d.  Relief can and should be obtained in this case, **where 19 U.S.C. Sec. 1520(d) and 19 CFR Sec.**

**10.590, with their one-year filing deadlines, ARE SPECIFICALLY  NOT APPLICABLE**, and

where timely Post-Summary Corrections were filed and 19 U.S.C.  Sec. 1514 Protests were

timely prepared and filed herein to make valid CAFTA-DR Claims in the subject entries,

which Claims and Protests should now be allowed.

24. The facts in this case, where CAFTA-DR Claims were timely filed within a month after the entries

were made and granted within a year of the filing of the entries, bring this case within the controlling

effect of <u>Zojirushi America Corp. v. United States</u>, 180 F. Supp.3d 1354 (Ct. Int'l Trade 2016), which

approved the filing and granting of timely-filed protests under 19 U.S.C. Sec. 1514 of entries liquidated

<u>after</u> timely, but incomplete 19 U.S.C Sec. 1520(d) claims were filed and denied. Relief can and should be

obtained in this case where timely 19 U.S.C. Sec. 1514 protests were filed.

### REQUEST FOR RELIEF

25.  Plaintiff requests the Court to enter judgment in favor of Plaintiff, as follows:

a.  The subject protests should be allowed and the subject imported Guatemala sugar should be

granted CAFTA-DR duty-free treatment.

b.  Defendant is ordered to reliquidate the subject entries accordingly and to issue refunds of the

duties and fees paid, with the interest provided by law.

October 11, 2023                                       Respectfully Submitted,

By:   S. Richard Shostak
      Attorney for Plaintiff
      6620 N St. Andrews Drive
      Tucson, AZ 85718-2617
      Telephone No (213) 300-8740
      E-Mail: srichardshostak@gmail.com

**COLLECTIVE EXHIBIT A**

## Time Line of Events

J82- 000 8 331- 2

1) October 9, 2020 Entry Summary (7501) submitted to CBP electronically under CAFTA (p+). Entry was rejected by CBP advising Quota Filled.

2) October 11, 2020 Entry Summary (7501) retransmitted to CBP as a non CAFTA Entry with proper duties involved. Entry Summary Accepted.

3) November 19, 2020 PSC was transmitted to CBP changing the Entry from Non CAFTA to a CAFTA entry.

4) November 19, 2020 PSC was rejected by CBP advising that CAFTA Quota needed to be apportioned.

5) November 22, 2020 PSC was re-transmitted with the apportioned amount previously provided by CBP. Entry Summary Accepted.

6) August 23, 2021 PSC was rejected by CBP advising properly filed claim needed to be filled.

7) August 27, 2021 entry was liquidated with original paid duty amount and not PSC amount.

8) January 31, 2022 protest was filed for refund of duties for the CAFTA.

9) February 3, 2022 Protest was rejected advising Protest needed to be filed 1 year form the date of Entry.

Attachment A

Sucden Americas Corp (SUCDEN) hereby submits this Protest to U.S. Customs and Bord Protection (CBP) of the entry included in CBP Form 19.  SUCDEN reserves the right supplement this Protest with additional supporting information, including but not limit to information and/or legal information or arguments. This Protest is based on the be information currently available.

SUCDEN respectfully requests that all information contained in this supplement, includi this Attachment, and all related materials, including all materials contained herein, treated as business confidential. In addition, if CBP decides to take any other course action but to grant this Protest in full, the importer requests the opportunity to meet person with CBP officials to discuss the issues presented in this Protest before a fir determination is reached.

October 09, 2020 the Customs Broker submitted an entry to CBP to be entered as CAF Quota for Refined sugar (p+) from Guatemala. Entry was rejected advising CAFTA Quo was filled. Please see attachment B.  Entry was Re-transmitted using High Tier Duty ar was accepted on Oct. 11, 2020 paying $143,681.01 duties on Entry Summary, please se attachment C.

On November 19, 2020 SUCDEN sent out a memo advising that there had been a mistal and the CAFTA Quote for Guatemala was had re-opened which was confirmed with Quo HQ. Please see attachment D.

On November 19, 2020 Broker submitted a PSC for this entry for the full amount of kilos both in line 1 (319,835 KG) and Line 2 (81,165 KGS) which entry was rejected advising that we were reserved only a certain amount of Kilos for this entry. Please see Attachment E. Entry was fixed and re-transmitted where broker received QUOTA ACCEPTED for 89,235 KGS for line 1 and 12,168 KGS for Line 2, thus having High Tier duty for Line 3 and 4 of the corrected Entry Summary. Please see attachment F.

In conclusion SUCDEN would like to request refund of duties paid to CBP for this entry in the amount of $ 36,371.16.



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

# ENTRY SUMMARY

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| J82-0008331-2 | 02 ABI/A | 10/19/2020 BBA | 913 | 8 | 2704 | 10/06/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| KOBE EXPRESS 0036 | 11 | GT | 10/06/2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954426 | GTINGMAG22GUA | GT | 10/03/2020 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (LA) E | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name (Last,First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| SUCDEN AMERICAS CORP | SUCDEN AMERICAS CORP |
| Street 701 BRICKELL AVENUE #1200 | Street 701 BRICKELL AVENUE #1200 |
| City MIAMI   State FL   Zip 33121 | City MIAMI   State FL   Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A.Entered Value B.CHGS C.Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A.HTSUS No. B.ADA/CVD No. | 30. A.Grossweight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | **TOTAL: 400 BAG** | | | | | | |
| 001 OGT | CAFTA,(P+)17011150-2106909 9822.05.20      319835 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 8336 31200 | FREE | | NONE |
| P+ | 1701.99.5050 | | 48000 KG 100.00 DEG | | FREE | | NONE |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | | 39.00 |
| 002 OGT | CAFTA,(P+)17011150-2106909 9822.05.20      81164 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 2115 122947 | FREE | | NONE |
| P+ | 1701.99.5050 | | 352000 KG 100.00 DEG | | FREE | | NONE |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | | 153.68 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| HMF (501)        192.68 | $        154,147.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 0.00 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | $        192.68 | | D. Ascertained Other | 39. Other | 192.68 |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | E. Ascertained Total | 40. Total | 192.68 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/06/2020 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number   ACE | 43. Broker/Importer File Number |
|---|---|
| AIRPORT CUSTOMS SERVICES INC | 02.44783 / GU2200954426 |
| 3104100717 | * PAPERLESS ENTRY *      Pmt Type: 2 |

| CBP Form 7501 (7/21) | BROKER | Page 1 of 1 |
|---|---|---|

# AIRPORT CUSTOMS SERVICES INC  Ex NO 1A

## ACE Entry Summary Response

**Date: 10/06/2020 Time: 02:37 PM**

```
ENTRY NUMBER...................: J82-0008331-2

CEE TEAM.......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO..................: 001
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q10
MESSAGE........................: LINE SUBJECT TO QUOTA
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q07
MESSAGE........................: QUOTA POTENTIALLY FILLED
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q08
MESSAGE........................: QUOTA PROCESS PENDING
HTS NUMBER.....................: 1701995050
CONDITION CODE.................:PU2
MESSAGE........................: PGA DATA MSNG FOR HTS - NO ACTION REQD

ENTRY LINE NO..................: 002
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q10
MESSAGE........................: LINE SUBJECT TO QUOTA
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q07
MESSAGE........................: QUOTA POTENTIALLY FILLED
SEVERITY CODE..................: INFORMATIONAL
CONDITION CODE.................:Q08
MESSAGE........................: QUOTA PROCESS PENDING
HTS NUMBER.....................: 1701995050
CONDITION CODE.................:PU2
MESSAGE........................: PGA DATA MSNG FOR HTS - NO ACTION REQD
PST LIN FILER ENTRY BROKER REF: J8200083312 02.44783

BROKER REFERENCE...............: 02.44783
DISP CODE......................: SUMMARY ACCEPTED
SEVERITY CODE..................: I - INFORMATION NOTICE ONLY
CONDITION CODE.................: 995
MESSAGE........................: SUMMARY HAS BEEN ADDED
```

# AIRPORT CUSTOMS SERVICES INC

Entry Summary Notification
Date: 10/09/2020 Time: 05:01 PM

*EX·NO 1B*

```
ENTRY NUMBER.................  : J82-0008331-2
DISPOSITION CODE.............  : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST......  : AUTOMATED REQUEST
CBP IMPORT TEAM..............  : BBA
NOTIFICATION REASON CODE......  : 022 QUOTA ISSUE
DATE OF ACTION/REQUEST........  : 10/09/20
BROKER REFERENCE.............  : 002.44783
ENTRY LINE...................  : 002
QUOTA LINE STATUS............  : QUOTA FILLED
REQUESTED QUOTA QUANTITY......  : 48,000.00 KG
ENTRY LINE...................  : 001
QUOTA LINE STATUS............  : QUOTA FILLED
REQUESTED QUOTA QUANTITY......  : 352,000.00 KG
```

*Ex. NO 1E*

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| J82-0008331-2 | 02 ABI/A | 10/21/2020 CST:BBA |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 913 | 8 | 2704 | 10/09/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| KOBE EXPRESS 0036 | 11 | GT | 10/06/2020 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954426 | GTINGMAG22GUA | GT | 10/03/2020 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Loading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (L/ | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| SUCDEN AMERICAS CORP 701 BRICKELL AVENUE #1200 | SUCDEN AMERICAS CORP 701 BRICKELL AVENUE #1200 |
| City MIAMI   State FL   Zip 33121 | City MIAMI   State FL   Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A.Entered Value B.CHGS C.Relationship | 33. A.HTSUS Rate B.ADA/CVD Rate C. IRC Rate D.Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A.HTSUS No. B.ADA/CVD No. | 30. A.Grossweight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | **TOTAL: 400 BAG** | | | | | | |
| 001 OGT | OTH SGR,CN/BT,N/FV,NCLR,OTH,OT 1701.99.5050 | 319835 KG | 352000.00 KG 100.00 DEG | 122947 | FREE | | NONE |
| | | | | C 8336 | | | |
| | | | | N | 0.3464% | | 425.89 |
| | MERCHANDISE PROCESSING FEE | | | | 0.0012500 | | 153.68 |
| | HARBOR MAINTENANCE FEE 501 | | | | | | |
| 002 OGT | OTH SGR,CN/BT,N/FV,NCLR,OTH,OT 1701.99.5050 | 81164 KG | 48000.00 KG 100.00 DEG | 31200 | FREE | | NONE |
| | | | | C 2115 | | | |
| | | | | N | 0.3464% | | 108.08 |
| | MERCHANDISE PROCESSING FEE | | | | 0.0012500 | | 39.00 |
| | HARBOR MAINTENANCE FEE 501 | | | | | | |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| HMF (501) | 192.68 | $ 154,147.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 142,960.00 |
| MPF (499) | 528.33 | Total Other Fees | | | | |
| | | $ 721.01 | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | D. Ascertained Other | 39. Other | 721.01 |
|---|---|---|---|

I declare that I am the ☐ Importer of record and that the actual owner,
purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner

| | E. Ascertained Total | 40. Total | 143,681.01 |
|---|---|---|---|

or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are and true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/06/2020 |

| 42. Broker/Filer Information (Name, address, phone number) | ACE | 43. Broker/Importer File No. |
|---|---|---|
| AIRPORT CUSTOMS SERVICES INC 5777 W CENTURY BLVD STE 1188 LOS ANGELES CA 90045  3104100717 | | 02.44783 / GU2200954426 * PAPERLESS ENTRY *   Pmt Type: 2 |

CBP Form 7501 (2/18)                    BROKER                    Page 1 of 1

# AIRPORT CUSTOMS SERVICES INC *Ex. NO. 1C*

### ACE Entry Summary Response

**Date: 10/11/2020 Time: 09:38 PM**

```
ENTRY NUMBER..................: J82-0008331-2

CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................:320
MESSAGE.......................: CARGO RLSE CERT REQUIRED FOR ENTRY TYP

BROKER REFERENCE..............: 02.44783
DISP CODE.....................: SUMMARY ACCEPTED
SEVERITY CODE.................: I - INFORMATION NOTICE ONLY
CONDITION CODE................: 996
MESSAGE.......................: SUMMARY HAS BEEN REPLACED
```

"Attachment D"

**Veronica Hernandez**

| From: | Jeff Williams <jwilliams@sucden.us> |
|---|---|
| Sent: | Thursday, November 19, 2020 12:07 PM |
| To: | Veronica Hernandez; Christian Arias; 'Chip Howard' |
| Cc: | Favio Mora |
| Subject: | RE: Guat CAFTA |

Thanks Veronica.

I have verified with HQ that it is not an error as well and that it is in fact re-opened.
They are also well aware already of the issues we have faced with our CAFTA this year.

What is key will be to get the high tier entry reversed as quick as we can and file for CAFTA, thus not allowing someone else to come in and fill what is left. If it takes some time to recover the duty then that isn't something we will worry too much about, we just need to move as quickly as we can here. If we cannot simply reverse our entries I would think there would be the risk of someone coming in and just taking the balance that is currently showing, which would likely complicate the protest process. If that is going to be the case we need to decide if the best course of action is for us to rush new sugars to the USA.

**Jeffrey WILLIAMS**
Vice President & Trading Manager - NAFTA

S&D SUCDEN
AMERICAS

**Sucden Americas**
701 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel : +1 305 347 4733 – Fax: +1 305 347 4794 - Cell : +1 305 542 7448
jwilliams@sucden.us
www.sucden.com

**PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING THIS E-MAIL.**
This email is intended only for the person(s) to whom it is addressed and may contain privileged or confidential information. Unless stated otherwise above any unauthorized use or distribution of this e-mail and/or any attached file(s) is prohibited. If you are not its intended addressee, please call us immediately or send us an e-mail to inform us accordingly, and destroy it.

**From:** Veronica Hernandez <vhernandez@rljones.com>
**Sent:** Thursday, November 19, 2020 2:35 PM
**To:** Christian Arias <carias@sucden.us>; Jeff Williams <jwilliams@sucden.us>; 'Chip Howard' <chip@rljones.com>

Veronica Hernandez

*EX. NO. 1D*



J82-0008331-2

| Entry Type: | 02 - QUOTA ENTRY | MOT: 11 | Entry Date: 10/9/2020 |
|---|---|---|---|

Port: LOS ANGELES, CA - 2704    Cons./Inf.:    Import Date: 10/6/2020

Traffic No.: 02.44783

Customer Ref.: GU2200954

Bond Type: 8

Gen. Desc.: REFINED SU

**Post Summary Correction**

Correction Header Data | Correction Line Data

Reason Codes: H99

Filling Explanation Text: LINE 001 CHANGE HTS 1701.99.5050 TO 9822.05.20 AND HTS #: 1701.99.5050

☐ Request for Accelerated Liquidation

**Parties**

Importer: 002111 - SU

Customer: 002111 - SU

Consignee: 002111 - SU

Manuf. ID: GTINGMAG

**Places**

State Dest.: FLORIDA

Exp. Country: GUATEMAL

Origin Country: GUATEMAL

**Transmission**

Req. Paperless ☑

Certify Entry ☐

Close

| PGA | PGM | Status Dat |
|---|---|---|
| FDA | FOO | 10/7/2020 1:15:00 PM | 07 | MAY PROCEED |

Pedimento:

1



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

*Ex. NO. 1D*

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| J82-0008331-2 | 02 ABI/A | 10/22/2020 BBA | 913 | 8 | 2704 | 10/09/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| KOBE EXPRESS 0036 | 11 | GT | 10/06/2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954426 | GTINGMAG22GUA | GT | 10/03/2020 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (LA) E | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name (Last,First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| SUCDEN AMERICAS CORP | SUCDEN AMERICAS CORP |
| Street 701 BRICKELL AVENUE #1200 | Street 701 BRICKELL AVENUE #1200 |
| City MIAMI    State FL    Zip 33121 | City MIAMI    State FL    Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A.Entered Value B.CHGS C.Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A.HTSUS No. B.ADA/CVD No. | 30. A.Gross weight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OGT | TOTAL: 400 BAG CAFTA,(P+)17011150-2106909 9822.05.20    319835 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 8336 31200 | FREE FREE | NONE NONE | |
| P+ | 1701.99.5050 | | 48000 KG 100.00 DEG | | | | |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | 39.00 | |
| 002 OGT | CAFTA,(P+)17011150-2106909 9822.05.20    81164 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 2115 122947 | FREE FREE | NONE NONE | |
| P+ | 1701.99.5050 | | 352000 KG 100.00 DEG | | | | |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | 153.68 | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| HMF (501)    192.68 | $    154,147.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 0.00 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | $    192.68 | | D. Ascertained Other | 39. Other | 192.68 |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | E. Ascertained Total | 40. Total | 192.68 |

I declare that I am the [ ] Importer of record and that the actual owner,
purchaser, or consignee for CBP purposes is as shown above, OR [X] owner
or purchaser or agent thereof. I further declare that the merchandise [ ] was obtained pursuant to a purchase or agreement to purchase and that the
prices set forth in the invoices are true, OR [X] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as
to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best
of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all
goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/06/2020 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number    ACE | 43. Broker/Importer File Number |
|---|---|
| AIRPORT CUSTOMS SERVICES INC | 02.44783 / GU2200954426 |
| 3104100717 | * PAPERLESS ENTRY *    Pmt Type: 2 |

# AIRPORT CUSTOMS SERVICES INC   Ex. NO 1D
### ACE Entry Summary Response
#### Date: 11/19/2020 Time: 12:45 PM

```
ENTRY NUMBER.................: J82-0008331-2

CEE TEAM.....................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO................: 001
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q10
MESSAGE......................: LINE SUBJECT TO QUOTA
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q07
MESSAGE......................: QUOTA POTENTIALLY FILLED
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q08
MESSAGE......................: QUOTA PROCESS PENDING

ENTRY LINE NO................: 002
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q10
MESSAGE......................: LINE SUBJECT TO QUOTA
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q07
MESSAGE......................: QUOTA POTENTIALLY FILLED
SEVERITY CODE................: INFORMATIONAL
CONDITION CODE...............: Q08
MESSAGE......................: QUOTA PROCESS PENDING
PST LIN FILER ENTRY BROKER REF: J8200083312 02.44783

BROKER REFERENCE.............: 02.44783
DISP CODE....................: SUMMARY ACCEPTED
SEVERITY CODE................: I - INFORMATION NOTICE ONLY
CONDITION CODE...............: 996
MESSAGE......................: SUMMARY HAS BEEN REPLACED
```

# AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
Date: 11/19/2020 Time: 05:02 PM

*Ex. NO. 1E*

```
ENTRY NUMBER.................     : J82-0008331-2
DISPOSITION CODE.............     : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST......    : AUTOMATED REQUEST
CBP IMPORT TEAM..............     : BBA
NOTIFICATION REASON CODE......    : 022 QUOTA ISSUE
DATE OF ACTION/REQUEST........    : 11/19/20
BROKER REFERENCE..............    : 002.44783
ENTRY LINE...................     : 001
QUOTA LINE STATUS.............    : QUOTA APPORTIONED
REQUESTED QUOTA QUANTITY......    : 352,000.00 KG
RESERVED QUOTA QUANTITY.......    : 89,235.52 KG
ENTRY LINE...................     : 002
QUOTA LINE STATUS.............    : QUOTA APPORTIONED
REQUESTED QUOTA QUANTITY......    : 48,000.00 KG
RESERVED QUOTA QUANTITY.......    : 12,168.48 KG
```



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

EX-NO 1F

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| J82-0008331-2 | 02 ABI/A | 10/23/2020 BBA | 913 | 8 | 2704 | 10/09/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| KOBE EXPRESS 0036 | 11 | GT | 10/06/2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954426 | GTINGMAG22GUA | GT | 10/03/2020 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (LA) E | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| SUCDEN AMERICAS CORP | SUCDEN AMERICAS CORP |
| Street 701 BRICKELL AVENUE #1200 | Street 701 BRICKELL AVENUE #1200 |
| City MIAMI    State FL    Zip 33121 | City MIAMI    State FL    Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A.Entered Value B.CHGS C.Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A.HTSUS No. B.ADA/CVD No. | 30. A.Gross weight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | **TOTAL: 400 BAG** | | | | | | |
| 001 OGT | CAFTA,(P+)17011150-2106909 9822.05.20    319835 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 8336 31168 | FREE | | NONE |
| P+ | 1701.99.5050 | | 89235 KG 100 DEG | | FREE | | NONE |
| | HARBOR  MAINTENANCE FEE 501 | | | N | 0.0012500 | | 38.96 |
| 002 OGT | CAFTA,(P+)17011150-2106909 9822.05.20    81164 KG OTH SGR,CN/BT,N/FV,NCLR,OT | | | C 2115 7909 | FREE | | NONE |
| P+ | 1701.99.5050 | | 12168 KG 100 DEG | | FREE | | NONE |
| | HARBOR  MAINTENANCE FEE 501 | | | N | 0.0012500 | | 9.89 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| HMF (501) MPF (499) | 192.68 398.60 | $           154,147.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 106,718.57 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $              591.28 | | D. Ascertained Other | 39. Other | 591.28 |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the ☐ Importer of record and that the actual owner, OR ☒ owner purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

|  | E. Ascertained Total | 40. Total | 107,309.85 |
|---|---|---|---|

| 41. Declarant Name (Last, First, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V  HERNANDEZ | ATTY IN FACT | | 10/06/2020 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number    ACE | 43. Broker/Importer File Number |
|---|---|
| AIRPORT CUSTOMS SERVICES INC 3104100717 | 02.44783 / GU2200954426 * PAPERLESS ENTRY *    Pmt Type: 2 |

CBP Form 7501 (12/19)

BROKER

Page 1 of 2



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY CONTINUATION SHEET**

EX·NO 1F

| 1. Filer Code/Entry No. J82-0008331-2 | | | 02.44783  GU2200954426 | | |
|---|---|---|---|---|---|

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A.HTSUS Rate B.ADA/CVD Rate C.IRC Rate D.Visa No. | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A.Gross weight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 OGT | OTH SGR,CN/BT,N/FV,NCLR,OTH,OT 1701.99.5050  238755 KG | | 262765.00 KG 100.00 DEG | 91779 | FREE | | NONE |
| | | | | C 6223 | | | |
| | MERCHANDISE  PROCESSING  FEE HARBOR  MAINTENANCE  FEE 501 | | | N | 0.3464% 0.0012500 | | 317.92 114.72 |
| 004 OGT | OTH SGR,CN/BT,N/FV,NCLR,OTH,OT 1701.99.5050  60589 KG | | 35832.00 KG 100.00 DEG | 23291 | FREE | | NONE |
| | | | | C 1579 | | | |
| | MERCHANDISE  PROCESSING  FEE HARBOR  MAINTENANCE  FEE 501 | | | N | 0.3464% 0.0012500 | | 80.68 29.11 |

# AIRPORT CUSTOMS SERVICES INC     *Ex NO 1F*

## ACE Entry Summary Response
### Date: 11/22/2020 Time: 05:07 AM

```
ENTRY NUMBER..................: J82-0008331-2
CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO.................: 001
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q10
MESSAGE.......................: LINE SUBJECT TO QUOTA
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q08
MESSAGE.......................: QUOTA PROCESS PENDING

ENTRY LINE NO.................: 002
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q10
MESSAGE.......................: LINE SUBJECT TO QUOTA
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q08
MESSAGE.......................: QUOTA PROCESS PENDING
PST LIN FILER ENTRY BROKER REF: J8200083312 02.44783

BROKER REFERENCE..............: 02.44783
DISP CODE.....................: SUMMARY ACCEPTED
SEVERITY CODE.................: I - INFORMATION NOTICE ONLY
CONDITION CODE................: 996
MESSAGE.......................: SUMMARY HAS BEEN REPLACED
```

## AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
### Date: 11/22/2020 Time: 05:01 PM

*Ex. NO IF
accepted*

```
ENTRY NUMBER..................  : J82-0008331-2
DISPOSITION CODE..............  : QUOTA ACCEPTED
SOURCE OF ACTION/REQUEST......  : AUTOMATED REQUEST
CBP IMPORT TEAM...............  : BBA
DATE OF ACTION/REQUEST........  : 11/22/20
BROKER REFERENCE..............  : 002.44783
ENTRY LINE....................  : 001
QUOTA LINE STATUS.............  : QUOTA PROCESSED / ACCEPTED
REQUESTED QUOTA QUANTITY......  : 89,235.00 KG
ENTRY LINE....................  : 002
QUOTA LINE STATUS.............  : QUOTA PROCESSED / ACCEPTED
REQUESTED QUOTA QUANTITY......  : 12,168.00 KG
```

# AIRPORT CUSTOMS SERVICES INC

**Entry Summary Notification**
Date: 08/16/2021 Time: 02:14 PM

*EX · NO 1G*

```
ENTRY NUMBER.................. : J82-0008331-2
DISPOSITION CODE.............. : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST...... : MANUAL REQUEST
CBP IMPORT TEAM............... : BBA
NOTIFICATION REASON CODE...... : 004 SPECIAL PROGRAM INDICATOR
DATE OF ACTION/REQUEST........ : 08/16/21
BROKER REFERENCE.............. : 02.44783
CBP USER..................... : ANNE RIGG
POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A PROPERLY FILED CLAIM P
URSUANT TO 19USC520(D). ENTRY WILL REVERT TO PREVIOUS VERSION IN 2 BUSINESS DA
YS. AMR
```

# AIRPORT CUSTOMS SERVICES INC

**Entry Summary Notification**
**Date: 08/23/2021 Time: 12:21 PM**

ex. NO | H

```
ENTRY NUMBER................. : J82-0008331-2
DISPOSITION CODE............. : POST SUMMARY CORRECTION (PSC) FILED WAS REVERTED
SOURCE OF ACTION/REQUEST...... : MANUAL REQUEST
CBP IMPORT TEAM.............. : BBA
NOTIFICATION REASON CODE...... : 997
DATE OF ACTION/REQUEST........ : 08/23/21
BROKER REFERENCE............. : 02.44783
CBP USER..................... : ANNE RIGG
004 _ SPI INDICATOR - POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A
PROPERLY FILED CLAIM PURSUANT TO 19USC1520(D).
```

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Query Results
Date: 02/21/2022 Time: 02:16 PM    *ex. NO 1I*

### Entry Information

| | | | | |
|---|---|---|---|---|
| Entry: J82-0008331-2 | Date: 10/09/2020 | Type: 02   MOT: 11 | Status Code: 1 - Accepted | Traffic: 02.44783 | Liq. DT 08/27/2021 |
| Port of Entry: 2704 | Location of Goods: Y790 | Summary Lines: 2 | CBP Review : NOT Under Review | | |

Importer ID: 22-201992000
SUCDEN AMERICAS CORP          701 BRICKELL AVENUE #1200          MIAMI, FL          33121

Consignee ID: 22-201992000
SUCDEN AMERICAS CORP          701 BRICKELL AVENUE #1200          MIAMI, FL          33121

Pmt Type: 2          Stmt Date: 10/23/2020          PMS Month:

Center ID: CEE002 (Agriculture and Prepared Products)
FTA Recon: No          FTA Recon Entry:  -   -          Recon Issue:          Recon Entry:  -   -

### Status

Status Date: 08/23/2021          Release Date: 10/09/2020          Census: No Census warnings exist          Control: CBP          Invoice:
Late Filing Status: 0          Released          CBP Review : NOT Under Review          Protest: Yes          Quota: Processed
Collection: 2 - Fully Paid          Collection Date: 10/23/2020          PSC: Yes          PSC Date: 11/19/2020          GO:

### Liquidation

Status: - Liquidated/Closed          Date: 08/27/2021          Duty: 142,960.00          Tax: 0.00          Fees: 721.01          Interest: 0.00          ADD/CVD: 0.00

### Extension / Suspension

Status:          Date:          Filer Notice Date:

### Bond Information

Type
8 - Continuous          Surety
913 - WESTERN SURETY COMPANY

### Bill of Lading Information

| Quantity | UOM | Bill Type | Master SCAC | Master Number | House SCAC | House Number | Inbond |
|---|---|---|---|---|---|---|---|
| 400 | BAG | M | HLCU | GU2200954426 | | | |

### CBP Lines

| Line: 001 | Origin: GT | Export: GT | SPI: | | Set: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HTS 1701995050 | Value 122947 | | Duty 125804.80 | Qty 1 352000.00 | UOM 1 KG | Qty 2 100.00 | UOM 2 DEG | Qty 3 0 | UOM 3 | |
| | 499 - Merchandise Processing Fee | | 425.89 | | | | | | | |
| | 501 - Harbor Maintenance Fee | | 153.68 | | | | | | | |

| Line: 002 | Origin: GT | Export: GT | SPI: | | Set: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HTS 1701995050 | Value 31200 | | Duty 17155.20 | Qty 1 48000.00 | UOM 1 KG | Qty 2 100.00 | UOM 2 DEG | Qty 3 0 | UOM 3 | |
| | 499 - Merchandise Processing Fee | | 108.08 | | | | | | | |
| | 501 - Harbor Maintenance Fee | | 39.00 | | | | | | | |

### AD Duty Subtotals

| Total Bonded AD Duty Amount | Total Cash Deposit AD Duty Amount |
|---|---|
| 0.00 | 0.00 |

### CVD Duty Subtotals

| Total Bonded CV Duty Amount | Total Cash Deposit CV Duty Amount |
|---|---|
| 0.00 | 0.00 |

### Entry Fees

499 - Merchandise Processing Fee          533.97
501 - Harbor Maintenance Fee          192.68

### Grand Total Amounts

| | |
|---|---|
| Duty | 142,960.00 |
| User Fee | 721.01 |
| IR Tax | 0.00 |
| AD Duty | 0.00 |
| CV Duty | 0.00 |
| Total | 143,681.01 |

* Red color indicates differences between Local vs CBP values

**Veronica Hernandez**

EX · NO 1J

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Monday, January 31, 2022 5:09 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest created (270422300926) |

**Dear Customer,**

Protest filed at Port 2704 has been accepted and assigned Protest No 270422300926.

**Veronica Hernandez**

*Ex. NO 1K*

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Thursday, February 3, 2022 1:09 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest Denied (270422300926) |

**Dear Customer,**

Protest No. 270422300926 filed at Port 2704 has been Denied for the following reasons:

Section 520(d) claims must be filed within one year of the date of importation.

Any person whose protest has been denied, in whole or in part, has the right to file a civil action contesting the denial of the protest in accordance with chapter 169 of title 28 of the United States Code (28 USC §§ 2631 et seq.) within the time prescribed by section 2636 (28 USC § 2636).



**INGENIO MAGDALENA, S. A.**

**22 AV. 11-00 ZONA 15, VISTA HERMOSA III**

**TEL: (502)2364-0850 FAX: (502)2364-0085**

**NIT: 1047477**

Factura

FEL
Documento Tributario Electrónico
Serie No: 27C7C0FA
**Factura No:** 3261548579

**Fecha y Hora de Emisión:** 29/09/2020 09:25:08

CÓDIGO/NOMBRE: 11000005 SUCDEN AMERICAS CORP.

NIT: CF

DIRECCIÓN: 701 BRICKELL AVENUE, SUITE 1200, MIAMI,FLORIDA,EE.UU.

TEL: 13053744440

CONDICIÓN PAGO: Contado

| CÓDIGO | DESCRIPCIÓN | CANTIDAD | PRECIO U. | TOTAL |
|--------|-------------|----------|-----------|-------|
| 20000236 | Azúcar Refino | 352.00  T | 349.280 | 122,946.56 |
| | FDA REGISTRATION NO.: 16575872212 | | | |
| | Valor de: 352,000.00 kilos | | | |
| | Equivalentes a 352.0000 TM de Azúcar refino de la corriente zafra. | | | |
| | Base 99.85 grados de polarización embarcada en sacos de 1 TM. | | | |
| | Buque: KOBE EXPRESS V.17W36 | | | |
| | Puerto de Embarque: Quetzal, Guatemala | | | |
| | No. Nominación: 40357 | | | |
| | Precio FOB: US$ 349.2800 por TM | | | |
| | Contrato #: P02388 | | | |
| | INGENIO MAGDALENA, S.A. | | | |
| | Destino: Estados Unidos | | | |
| | I, LUIS MIGUEL PAIZ MALDONADO, HEREBY CERTIFY THAT THE PRODUCT DESCRIBED IN THIS | | | |
| | INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN GUATEMALA. | | | |
| | LUIS MIGUEL PAIZ MALDONADO | | | |
| | GENERAL MANAGER | | | |
| | "Esta exportación se realiza a través de Asociación de Azucareros de Guatemala en cumplimiento con lo dispuesto en el artículo 7o. Decreto 92/71". | | | |
| | **Monto del Impuesto:** $.        0 | | | |
| | TIPO DE CAMBIO USD 7.78543 | | | |
| | SOMOS AGENTES DE RETENCION DEL IMPUESTO AL VALOR AGREGADO-IVA SEGÚN ARTICULO N0.1 DEL DECRETO N0.20-2006 - SUJETO A PAGOS TRIMESTRALES - | | | |

| CANTIDAD EN LETRAS: CIENTO VEINTIDOS MIL NOVECIENTOS CUARENTA Y SEIS CON 56 /100 DÓLARES | Total | $. 122,946.56 |
|---|---|---|

**Autorización No.**     27C7C0FA-C267-4823-A102-C2E360B73B63

NÚMERO SAP: 9000016234

PEDIDO: 2000007439

**Certificador:** Inforum Consulting, S.A. **NIT:** 43430775      **Fecha y Hora de certificación**     29/09/2020 09:28:15



**INGENIO MAGDALENA, S. A.**

**22 AV. 11-00 ZONA 15, VISTA HERMOSA III**

TEL:   (502)2364-0850   FAX:   (502)2364-0085     **FEL**
                                              Documento Tributario Electrónico
                              NIT:   1047477       **Serie No:**       9D6BBC0D

Factura                                          **Factura No:**      2840741964

                                      **Fecha y Hora de Emisión:**   29/09/2020 10:26:39

CÓDIGO/NOMBRE: 11000005 SUCDEN AMERICAS CORP.        NIT: CF

DIRECCIÓN: 701 BRICKELL AVENUE, SUITE 1200, MIAMI,FLORIDA,EE.UU.        TEL: 13053744440

CONDICIÓN PAGO: Contado

| CÓDIGO | DESCRIPCIÓN | CANTIDAD | PRECIO U. | TOTAL |
|---|---|---|---|---|
| 20000236 | Azúcar Refino | 48.00  T | 650.000 | 31,200.00 |
| | FDA REGISTRATION NO.: 16575872212 | | | |
| | Valor de: 48,000.00 kilos | | | |
| | Equivalentes a 48.0000 TM de Azúcar refino de la corriente zafra. | | | |
| | Base 99.85 grados de polarización embarcada en sacos de 1 TM. | | | |
| | Buque: KOBE EXPRESS V.17W36 | | | |
| | Puerto de Embarque: Quetzal, Guatemala | | | |
| | No. Nominación: 40357 | | | |
| | Precio FOB: US$ 650 0000 por TM | | | |
| | Contrato #: P02388 | | | |
| | INGENIO MAGDALENA, S.A. | | | |
| | Destino: Estados Unidos | | | |
| | I, LUIS MIGUEL PAIZ MALDONADO, HEREBY CERTIFY THAT THE PRODUCT DESCRIBED IN THIS | | | |
| | INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN GUATEMALA | | | |
| | LUIS MIGUEL PAIZ MALDONADO | | | |
| | GENERAL MANAGER | | | |
| | "Esta exportación se realiza a través de Asociación de Azucareros de Guatemala en cumplimiento con lo dispuesto en el artículo 7o. Decreto 92/71". | | | |
| | **Monto del Impuesto:** $.           0 | | | |
| | TIPO DE CAMBIO USD 7.78543 | | | |
| | SOMOS AGENTES DE RETENCION DEL IMPUESTO AL VALOR AGREGADO-IVA SEGÚN ARTICULO N0.1 DEL DECRETO N0 20-2006 - SUJETO A PAGOS TRIMESTRALES - | | | |

| CANTIDAD EN LETRAS: TREINTA Y UN MIL DOSCIENTOS CON 00 /100 DÓLARES | Total | $.  31,200.00 |
|---|---|---|

**Autorización No.**   9D6BBC0D-A952-484C-A494-902E68345E0C

NÚMERO SAP: 9000016240

PEDIDO: 2000007439

**Certificador:** Inforum Consulting, S.A. **NIT**: 43430775   **Fecha y Hora de certificación**   29/09/2020 10:30:23



## CERTIFICATE OF ORIGIN

**I No.** 437740

THE CHAMBER OF COMMERCE OF GUATEMALA, Certifies: a) that Mr. **MARCOS R. CHANG**
who declared to act on behalf of **ASOCIACION DE AZUCAREROS DE**
**GUATEMALA** , a businessman domiciled in Guatemala City, presented himself in the Office of the Chamber of Commerce
today to request that this Certificate be issued.

Mr.    **MARCOS R. CHANG**                                    declared under oath that the merchandise indicated below, shipped by
**MARITIME**       in    **KOBE EXPRESS V.17W36**             , which sailed (will sail) from
**PUERTO QUETZAL, GUATEMALA**       on    **Oct 03, 2020**       destination    **LONG BEACH, CA, UNITED STATES**

, consigned to    **SUCDEN AMERICAS CORP.**                **NOTIFY: SUCDEN AMERICAS CORP.**
has originated or been produced in    **GUATEMALA**       701 BRICKELL AVE. STE. 1200       701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS       MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723                       TEL: 305-347-4723 OPERATIONS@SUCDEN.US
OPERATIONS@SUCDEN.US

| TRADE MARKS | QUANTITY | DESCRIPTION OF MERCHANDISE | GROSS WEIGHT | NET | VALUE |
|---|---|---|---|---|---|
| REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA W WW.IMSA.COM. GT | 400 BAGS | 20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES. | 401.000 GROSS MT | 400.000 NET MT | ------ |

CHAMBER OF COMMERCE
OF GUATEMALA

05 OCT 2020

COMMERCIAL
DEPARTMENT

b) that the goods described above are the product of **GUATEMALA, C.A.**
, as appears from the documentation submitted for the purpose and analyzed this Chamber.

IN FAITH WHEREOF, This Certificate is signed by the Applicant and by the manager of the Chamber of Commerce of Guatemala, in the city of

Guatemala, on    Oct 5, 2020

**THE CHAMBER OF COMMERCE OF GUATEMALA**

APLICANT

Carmen Turcios Calderón
Comercio Exterior    MANAGER
Cámara de Comercio de Guatemala
Guatemala, C. A.       Nom.: 40357

MARCOS R. CHANG - EXPORT DEPARTMENT       ORIGINAL

FORMULARIOS STANDARD, S.A. PBX: 2421-8900 - INT. 152222-7 - 10,000 - 03/2020 (DEL No. 1-433,501 AL No. 1-443,500)



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 F/X: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF ANALYSIS

**SHIPPER**

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20329 | Sep 29, 2020 | Sep 2022 |
| 20330 | Sep 30, 2020 | Sep 2022 |

**NAME OF VESSEL**

KOBE EXPRESS V.17W36

**CONSIGNEE**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**NOTIFY**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**PORT OF LOADING**

PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**

LONG BEACH, CA. UNITED STATES

**BILL OF LADING**

HLCUGU2200954426 / DATED: OCTOBER 3, 2020

**TONNAGE LOADED**

400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**

20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**QUALITY**

THE POLARIZATION, MOISTURE, ASH AND COLOR WERE DETERMINED BASED ON SEVERAL SAMPLES CHOSEN AT RANDOM DURING THE COURSE OF LOADING, WHICH WERE ANALYZED IN OUR LABORATORY WITH THE FOLLOWING RESULTS:

| POLARIZATION | MOISTURE | ASH | COLOR (ICUMSA) |
|--------------|----------|-----|----------------|
| 99.97 DEGREES | 0.0120 % | 0.0038 % | 32 UNITS |

GUATEMALA, OCTOBER 5, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40357





**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF WEIGHT

**SHIPPER**
ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20329 | Sep 29, 2020 | Sep 2022 |
| 20330 | Sep 30, 2020 | Sep 2022 |

**NAME OF VESSEL**
KOBE EXPRESS V.17W36

**CONSIGNEE**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**NOTIFY**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**PORT OF LOADING**
PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**
LONG BEACH, CA, UNITED STATES

**BILL OF LADING**
HLCUGU2200954426 / DATED: OCTOBER 3, 2020

**TONNAGE LOADED**
400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**WEIGHT**
WE, ASOCIACION DE AZUCAREROS DE GUATEMALA, AS SHIPPERS OF ABOVE GOODS AT PORT OF LOADING, HEREBY CERTIFY THAT AT LOADING TIME AND LOADING PORT THE WEIGHT LOADED ON BOARD ABOVE VESSEL IS:

**400.000 NET MT**

GUATEMALA, OCTOBER 5, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40357

   



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

# PACKING LIST

**SHIPPER**

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20329 | Sep 29, 2020 | Sep 2022 |
| 20330 | Sep 30, 2020 | Sep 2022 |

**NAME OF VESSEL**

KOBE EXPRESS V.17W36

**CONSIGNEE**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**NOTIFY**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**PORT OF LOADING**

PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**

LONG BEACH, CA, UNITED STATES

**BILL OF LADING**

HLCUGU2200954426 / DATED: OCTOBER 3, 2020

**TONNAGE LOADED**

400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**

20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**PACKING LIST**

WE, THE UNDERSIGNED, AS SHIPPERS HEREBY CERTIFY THAT THE SUGAR LOADED ON BOARD THE ABOVE VESSEL WAS PACKED IN 400 BAGS MADE OF POLYPROPYLENE WITH POLYETHYLENE LINING OF 1,000 KILOS.

GUATEMALA, OCTOBER 5, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

Nom.: 40357

www.azucar.com.gt

  

**Sea Waybill**

Multimodal Transport or Port to Port Shipment

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

**Hapag-Lloyd**

| Shipper: | | | |
|---|---|---|---|
| ASOCIACION DE AZUCAREROS DE GUATEMALA 5A. AVENIDA 5-55 ZONA 14 EURO PLAZA WORLD BUSINESS CENTER TORRE 3 - PISO 17. PBX: (502) 2215-8000 FAX: (502) 2215-8061 GUATEMALA, C.A. | | | |

| Carrier's Reference: | SWB-No.: | | Page: |
|---|---|---|---|
| 86632743 | HLCUGU2200954426 | | 2 / 7 |

Export References:
NOMI 40357

Consignee:
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723
OPERATIONS@SUCDEN.US

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify):
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723
OPERATIONS@SUCDEN.US

Consignee's Reference:

Place of Receipt:

| Vessel(s): | Voyage-No.: |
|---|---|
| KOBE EXPRESS | 17W36 |

Place of Delivery:

Port of Loading:
PUERTO QUETZAL, GUATEMALA

Port of Discharge:
LONG BEACH, CA, UNITED STATES

| Container Nos.; Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| HLBU 2212385 SEAL: HLD9281229 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC* 20 BAGS 20.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES. HS-CODE : 17 01 99 | 20050,00 KGM | |

Shipper's declared Value [see clause 7(2) and 7(3)]

| Total No. of Containers received by the Carrier | Packages received by the Carrier: |
|---|---|
| | 20 |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

Movement:
FCL/FCL

Currency:

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled 'Total No. of Containers/ Packages received by the Carrier' for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. In accepting this Sea Waybill the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Sea Waybill by the Merchant.

| Charge | Rate | Basis | a/W/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| THO | | | | | |
| WFO | | | | | |
| MFR | | | | | |
| TSD | | | | | |
| SMD | | | | | |
| MTD | | | | | |
| LUMPSUM | | | | | |

Place and date of issue:
GUATEMALA CITY    03.OCT.2020

Freight payable at:
ORIGIN

FOR ABOVE NAMED CARRIER
HAPAG LLOYD GUATEMALA S.A.

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

*Sea Waybill - Not Negotiable*

# COLLECTIVE EXHIBIT B

Time Line of Events

J82-0008347-8

1) October 14, 2020 Entry Summary (7501) submitted to CBP electronically under Non CAFTA with proper duties involved. Entry Summary Accepted.

2) November 19, 2020 PSC was transmitted to CBP changing the Entry from Non CAFTA to a CAFTA entry.

3) August 16, 2021 PSC was rejected by CBP advising properly filed claim needed to be filled.

4) August 27, 2021 entry was liquidated with original paid duty amount and not PSC amount.

5) January 31, 2022 protest was filed for refund of duties for the CAFTA.

6) February 3, 2022 Protest was rejected advising Protest needed to be filed 1 year form the date of Entry.

Attachment A

Sucden Americas Corp (SUCDEN) hereby submits this Protest to U.S. Customs and Border Protection (CBP) of the entry included in CBP Form 19.  SUCDEN reserves the right to supplement this Protest with additional supporting information, including but not limited to information and/or legal information or arguments. This Protest is based on the best information currently available.

SUCDEN respectfully requests that all information contained in this supplement, including this Attachment, and all related materials, including all materials contained herein, be treated as business confidential. In addition, if CBP decides to take any other course of action but to grant this Protest in full, the importer requests the opportunity to meet in person with CBP officials to discuss the issues presented in this Protest before a final determination is reached.

October 17, 2020 the Customs Broker submitted an entry to CBP to be as high Tier Duty since the CAFTA Quota for Guatemala was closed paying $143,618.60 duties on Entry Summary, please see attachment B.

On November 19, 2020 SUCDEN sent out a memo advising that there had been a mistake and the CAFTA Quote for Guatemala was had re-opened which was confirmed with Quota HQ. Please see attachment C.

On November 19, 2020 Broker submitted a PSC for this entry for the full amount of kilos 400,000 KGS which entry was accepted. Please see Attachment D.

In conclusion SUCDEN would like to request refund of duties paid to CBP for this entry in the amount of $ 143,443.96.

Ex. NO 2C

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Response
### Date: 10/14/2020 Time: 02:17 PM

```
ENTRY NUMBER.................: J82-0008347-8
CEE TEAM.....................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO................: 001
HTS NUMBER...................: 1701995050
CONDITION CODE...............: PU2
MESSAGE......................: PGA DATA MSNG FOR HTS - NO ACTION REQD

BROKER REFERENCE.............: 02.44909
DISP CODE....................: SUMMARY ACCEPTED
CONDITION CODE...............: 995
MESSAGE......................: SUMMARY HAS BEEN ADDED
```

*Ex. NO 2C*

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## ENTRY SUMMARY

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| J82-0008347-8 | 02 ABI/A | 10/26/2020 CST:BBA |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 913 | 8 | 2704 | 10/14/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| NYK MARIA 601 | 11 | GT | 10/13/2020 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| ONEY GUAA03199900 | GTINGMAG22GUA | GT | 10/05/2020 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Loading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (L/ | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200 | SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200 |
| City MIAMI        State FL    Zip 33121 | City MIAMI        State FL   Zip 33121 |

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. |
|---|---|---|---|---|---|---|
| Line No. | 29.<br>A.HTSUS No.<br>B.ADA/CVD No. | 30.<br>A.Grossweight<br>B.Manifest Qty. | 31.<br>Net Quantity in<br>HTSUS Units | A.Entered Value<br>B.CHGS<br>C.Relationship | A.HTSUS Rate<br>B.ADA/CVD Rate<br>C. IRC Rate<br>D.Visa No. | Duty and I.R. Tax<br>Dollars       Cents |
| 001<br>OGT | TOTAL: 400 BAG<br>OTH SGR,CN/BT,N/FV,NCLR,OTH,OT<br>1701.99.5050      401000 KG | | 400000.00 KG<br>100.00 DEG | 139712 | FREE | NONE |
| | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE 501 | | | C 10451<br>N | 0.3464%<br>0.0012500 | 483.96<br>174.64 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|---|---|
| HMF (501)<br>MPF (499) | 174.64<br>483.96 | $          139,712.00 | | A. LIQ CODE | B. Ascertained Duty | 37. Duty<br>142,960.00 |
| | | Total Other Fees | | REASON CODE | C. Ascertained Tax | 38. Tax<br>0.00 |
| | | $          658.60 | | | D. Ascertained Other | 39. Other<br>658.60 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | E. Ascertained Total | 40. Total<br>143,618.60 |
|---|---|---|

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/14/2020 |

| 42. Broker/Filer Information (Name, address, phone number)    ACE | 43. Broker/Importer File No. |
|---|---|
| AIRPORT CUSTOMS SERVICES INC<br>5777 W CENTURY BLVD STE 1188<br>LOS ANGELES CA 90045  3104100717 | 02.44909 / GUAA03199900<br>* PAPERLESS ENTRY *      Pmt Type: 2 |

CBP Form 7501 (2/18)                                BROKER                                          Page 1 of 1

"Attachment C"

## Veronica Hernandez

| | |
|---|---|
| From: | Jeff Williams <jwilliams@sucden.us> |
| Sent: | Thursday, November 19, 2020 12:07 PM |
| To: | Veronica Hernandez; Christian Arias; 'Chip Howard' |
| Cc: | Favio Mora |
| Subject: | RE: Guat CAFTA |

Thanks Veronica.

I have verified with HQ that it is not an error as well and that it is in fact re-opened.
They are also well aware already of the issues we have faced with our CAFTA this year.

What is key will be to get the high tier entry reversed as quick as we can and file for CAFTA, thus not allowing someone else to come in and fill what is left. If it takes some time to recover the duty then that isn't something we will worry too much about, we just need to move as quickly as we can here. If we cannot simply reverse our entries I would think there would be risk of someone coming in and just taking the balance that is currently showing, which would likely complicate the protest process.  If that is going to be the case we need to decide if the best course of action is for us to rush new sugars to the USA.

**S&D SUCDEN** AMERICAS

**Jeffrey WILLIAMS**
Vice President & Trading Manager - NAFTA.

**Sucden Americas**
701 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel : +1 305 347 4733 – Fax: +1 305 347 4794 - Cell : +1 305 542 7448
jwilliams@sucden.us
www.sucden.com

**PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING THIS E-MAIL.**
This email is intended only for the person(s) to whom it is addressed and may contain privileged or confidential information.  Unless stated otherwise above any unauthorized use or distribution of this e-mail and/or any attached file(s) is prohibited.  If you are not its intended addressee, please call us immediately or send us an e-mail to inform us accordingly, and destroy it.

From: Veronica Hernandez <vhernandez@rjones.com>
Sent: Thursday, November 19, 2020 2:35 PM
To: Christian Arias <carias@sucden.us>; Jeff Williams <jwilliams@sucden.us>; 'Chip Howard' <chip@rjones.com>

Veronica Hernandez   PSC   AX. NO 2A



**J82-0008347-8**

**Transmission**

Entry Type: 02 - QUOTA ENTRY    MOT: 11    Entry Date: 10/14/2020    Req. Paperless ☑

Port: LOS ANGELES, CA - 2704    Cons./Inf.:    Import Date: 10/13/2020    Certify Entry ☐

Traffic No.: 02.44909

Customer Ref.: GUAA03199

**Post Summary Correction**

Bond Type: 8

Gen. Desc.: REFINED SU

**Correction Header Data**   **Correction Line Data**

**Parties**

Reason Codes: H99

Importer: 002111 - SU

Filling Explanation Text: LINE 001 CHANGE HTS 1701.99.5050 TO CAFTA 9822.05.20
AND HTS 1701.99.5050

Customer: 002111 - SU

Consignee: 002111 - SU

Manuf. ID: GTINGMAG

**Places**

State Dest.: FLORIDA

Exp. Country: GUATEMAL

Origin Country: GUATEMAL

☐ Request for Accelerated Liquidation

Close

| PGA | PGM | Status Dat | | | | |
|---|---|---|---|---|---|---|
| ▶ FDA | FOO | 10/16/2020 3:54:00 PM | 07 | MAY PROCEED | Pedimento: | |

Date: 10/28/2020

1



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

*Ex. No 2D*

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| J82-0008347-8 | 02 ABI/A | 10/28/2020 BBA | 913 | 8 | 2704 | 10/14/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| NYK MARIA 601 | 11 | GT | 10/13/2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| ONEY GUAA03199900 | GTINGMAG22GUA | GT | 10/05/2020 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (LA) E | 22-201992000 | 22-201992000 | |

**25. Ultimate Consignee Name (Last, First, M.I.) and Address**

SUCDEN AMERICAS CORP

Street 701 BRICKELL AVENUE #1200

City MIAMI    State FL    Zip 33121

**26. Importer of Record Name (Last, First, M.I.) and Address**

SUCDEN AMERICAS CORP

Street 701 BRICKELL AVENUE #1200

City MIAMI    State FL    Zip 33121

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Gross weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OGT  P+ | TOTAL: 400 BAG CAFTA,(P+)17011150-2106909 9822.05.20   401000 KG OTH SGR,CN/BT,N/FV,NCLR,OT 1701.99.5050 | | 400000 KG 100 DEG | C 10451 139712  N | FREE  FREE  0.0012500 | | NONE  NONE  174.64 |
| | HARBOR  MAINTENANCE  FEE 501 | | | | | | |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| HMF (501) | 174.64 | $ 139,712.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 0.00 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $ 174.64 | | D. Ascertained Other | 39. Other | 174.64 |

**36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent**

| | | E. Ascertained Total | 40. Total 174.64 |

I declare that I am the ☐ Importer of record and that the actual owner, OR ☒ owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/14/2020 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number   ACE | 43. Broker/Importer File Number |
|---|---|
| AIRPORT CUSTOMS SERVICES INC | 02.44909 / GUAA03199900 |
| 3104100717 | * PAPERLESS ENTRY *    Pmt Type: 2 |

# AIRPORT CUSTOMS SERVICES INC   *ex · NO. 2E*

### ACE Entry Summary Response
#### Date: 11/19/2020 Time: 12:38 PM

```
ENTRY NUMBER..................: J82-0008347-8

CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO.................: 001
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q10
MESSAGE.......................: LINE SUBJECT TO QUOTA
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q07
MESSAGE.......................: QUOTA POTENTIALLY FILLED
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q08
MESSAGE.......................: QUOTA PROCESS PENDING
PST LIN FILER ENTRY BROKER REF: J8200083478 02.44909

BROKER REFERENCE..............: 02.44909
DISP CODE.....................: SUMMARY ACCEPTED
SEVERITY CODE.................: I - INFORMATION NOTICE ONLY
CONDITION CODE................: 996
MESSAGE.......................: SUMMARY HAS BEEN REPLACED
```

# AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
**Date: 11/19/2020  Time: 05:02 PM**

*QX. NO 2F*

```
ENTRY NUMBER.................  : J82-0008347-8
DISPOSITION CODE.............  : QUOTA ACCEPTED
SOURCE OF ACTION/REQUEST.....  : AUTOMATED REQUEST
CBP IMPORT TEAM..............  : BBA
DATE OF ACTION/REQUEST.......  : 11/19/20
BROKER REFERENCE.............  : 002.44909
ENTRY LINE...................  : 001
QUOTA LINE STATUS............  : QUOTA PROCESSED / ACCEPTED
REQUESTED QUOTA QUANTITY.....  : 400,000.00 KG
```

# AIRPORT CUSTOMS SERVICES INC

Entry Summary Notification
Date: 08/16/2021 Time: 02:18 PM

*Px. NO.2G*

```
ENTRY NUMBER................. : J82-0008347-8
DISPOSITION CODE............. : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST...... : MANUAL REQUEST
CBP IMPORT TEAM............... : B3A
NOTIFICATION REASON CODE...... : 004 SPECIAL PROGRAM INDICATOR
DATE OF ACTION/REQUEST........ : 08/16/21
BROKER REFERENCE............. : 02.44909
CBP USER..................... : ANNE RIGG
POST IMPORTATION CLAIMS FOR CAFTA CAN ONLY BE MADE VIA A PROPERLY FILED CLAIM
PURSUANT TO 19USC1520(D). ENTRY WILL REVERT TO PREVIOUS VERSION IN 2 BUSINESS
DAYS. AMR
```

# AIRPORT CUSTOMS SERVICES INC

Entry Summary Notification
Date: 08/24/2021 Time: 03:52 PM

*ex. NO 2H*

```
ENTRY NUMBER.................. : J82-0008347-8
DISPOSITION CODE............. : POST SUMMARY CORRECTION (PSC) FILED WAS REVERTED
SOURCE OF ACTION/REQUEST...... : MANUAL REQUEST
CBP IMPORT TEAM............... : BBA
NOTIFICATION REASON CODE...... : 997
DATE OF ACTION/REQUEST........ : 08/24/21
BROKER REFERENCE............. : 02.44909
CBP USER..................... : ANNE RIGG
004 _ SPI INDICATOR - POST IMPORTATION CLAIM FOR CAFTA CANNOT BE PROCESSED AS
PSC; REQUIRES A PROPERLY FILED 19USC1520(D) CLAIM.
```

# AIRPORT CUSTOMS SERVICES INC

### ACE Entry Summary Query Results
Date: 02/21/2022 Time: 04:47 PM

*ex. NO  2I*

## Entry Information

| | | | |
|---|---|---|---|
| Entry: J82-0008347-8 | Date: 10/14/2020 | Type: 02   MOT: 11 | Status Code: 1 - Accepted | Traffic: 02.44909 | Liq. DT 08/27/2021 |
| Port of Entry: 2704 | Location of Goods: Y790 | Summary Lines: 1 | CBP Review : NOT Under Review | | |

Importer ID: 22-201992000
SUCDEN AMERICAS CORP   701 BRICKELL AVENUE #1200   MIAMI, FL   33121

Consignee ID: 22-201992000
SUCDEN AMERICAS CORP   701 BRICKELL AVENUE #1200   MIAMI, FL   33121

Pmt Type: 2   Stmt Date: 10/28/2020   PMS Month:

Center ID: CEE002 (Agriculture and Prepared Products)
FTA Recon: No   FTA Recon Entry:  -   -   Recon Issue:   Recon Entry:  -   -

## Status

| | | | |
|---|---|---|---|
| Status Date: 08/24/2021 | Release Date: 10/15/2020 | Census: No Census warnings exist | Control: CBP | Invoice: |
| Late Filing Status: 0 | Released | CBP Review : NOT Under Review | Protest: Yes | Quota: Processed |
| Collection: 2 - Fully Paid | Collection Date: 10/28/2020 | PSC: Yes | PSC Date: 11/19/2020 | GO: |

## Liquidation

Status: - Liquidated/Closed   Date: 08/27/2021   Duty: 142,960.00   Tax: 0.00   Fees: 658.60   Interest: 0.00   ADD/CVD: 0.00

## Extension / Suspension

Status:   Date:   Filer Notice Date:

## Bond Information

Type
8 - Continuous   Surety
913 - WESTERN SURETY COMPANY

## Bill of Lading Information

| Quantity | UOM | Bill Type | Master SCAC | Master Number | House SCAC | House Number | Inbond |
|---|---|---|---|---|---|---|---|
| 400 | BAG | H | ONEY | GUAA03199900 | EPAQ | GT1320 | |

## CBP Lines

| Line: 001 | Origin: GT | Export: GT | SPI: | | Set: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HTS | Value | | | Duty | Qty 1 | UOM 1 | Qty 2 | UOM 2 | Qty 3 | UOM 3 |
| 1701995050 | 139712 | | | 142960.00 | 400000.00 | KG | 100.00 | DEG | 0 | |
| | 499 - Merchandise Processing Fee | | | 483.96 | | | | | | |
| | 501 - Harbor Maintenance Fee | | | 174.64 | | | | | | |

## AD Duty Subtotals

Total Bonded AD Duty Amount   Total Cash Deposit AD Duty Amount
0.00   0.00

## CVD Duty Subtotals

Total Bonded CV Duty Amount   Total Cash Deposit CV Duty Amount
0.00   0.00

## Entry Fees

499 - Merchandise Processing Fee   483.96
501 - Harbor Maintenance Fee   174.64

## Grand Total Amounts

| | |
|---|---|
| Duty | 142,960.00 |
| User Fee | 658.60 |
| IR Tax | 0.00 |
| AD Duty | 0.00 |
| CV Duty | 0.00 |
| Total | 143,618.60 |

* Red color indicates differences between Local vs CBP values

**Veronica Hernandez**

*ex. NO 2J*

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Monday, January 31, 2022 5:32 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest created (270422300927) |

## Dear Customer,

Protest filed at Port 2704 has been accepted and assigned Protest No 270422300927.

**Veronica Hernandez**

*ex·NO 2K*

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Thursday, February 3, 2022 1:09 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest Denied (270422300927) |

**Dear Customer,**

Protest No. 270422300927 filed at Port 2704 has been Denied for the following reasons:

Section 520D claims must be filed within 1 year of date of importation.

Any person whose protest has been denied, in whole or in part, has the right to file a civil action contesting the denial of the protest in accordance with chapter 169 of title 28 of the United States Code (28 USC §§ 2631 et seq.) within the time prescribed by section 2636 (28 USC § 2636).



**INGENIO MAGDALENA, S. A.**

**22 AV. 11-00 ZONA 15, VISTA HERMOSA III**

TEL: (502)2364-0850   FAX:   (502)2364-0085

NIT:  1047477

**FEL**
Documento Tributario Electrónico

Factura

| | |
|---|---|
| Serie No: | 9132E100 |
| Factura No: | 4015148696 |
| Fecha y Hora de Emisión: | 29/09/2020 12:49:35 |

CÓDIGO/NOMBRE: 11000005 SUCDEN AMERICAS CORP.

DIRECCIÓN: 701 BRICKELL AVENUE, SUITE 1200, MIAMI, FLORIDA, EE.UU.

NIT: CF

TEL: 13053744440

CONDICIÓN PAGO: Contado

| CÓDIGO | DESCRIPCIÓN | CANTIDAD | PRECIO U. | TOTAL |
|---|---|---|---|---|
| 20000236 | Azucar Refino. | 400.00  T | 349.280 | 139,712.00 |
| | FDA REGISTRATION NO.: 16575872212 | | | |
| | Valor de: 400,000.00 kilos | | | |
| | Equivalentes a 400.0000 TM de Azúcar refino de la corriente zafra. | | | |
| | Base 99.85 grados de polarización embarcada en sacos de 1 TM. | | | |
| | Buque: NYK MARIA V.601W | | | |
| | Puerto de Embarque: Quetzal, Guatemala | | | |
| | No. Nominación: 40358 | | | |
| | Precio FOB: US$ 349.2800 por TM | | | |
| | Contrato #: P02388 | | | |
| | INGENIO MAGDALENA, S.A. | | | |
| | Destino: Estados Unidos | | | |
| | I, LUIS MIGUEL PAIZ MALDONADO, HEREBY CERTIFY THAT THE PRODUCT DESCRIBED | | | |
| | IN THIS | | | |
| | INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN GUATEMALA. | | | |
| | LUIS MIGUEL PAIZ MALDONADO | | | |
| | GENERAL MANAGER | | | |
| | "Esta exportación se realiza a través de Asociación de Azucareros de Guatemala en cumplimiento con lo dispuesto en el artículo 7o. Decreto 92/71". | | | |
| | **Monto del Impuesto:  $.**               0 | | | |
| | TIPO DE CAMBIO USD 7.78543 | | | |
| | SOMOS AGENTES DE RETENCION DEL IMPUESTO AL VALOR AGREGADO-IVA SEGÚN ARTICULO N0.1 DEL DECRETO N0.20-2006 - SUJETO A PAGOS TRIMESTRALES - | | | |

| CANTIDAD EN LETRAS: CIENTO TREINTA Y NUEVE MIL SETECIENTOS DOCE CON 00 /100 DÓLARES | Total | $. 139,712.00 |
|---|---|---|

**Autorización No.**   9132E100-EF52-4E98-80F8-31B4B830161A

NÚMERO SAP: 9000016243

PEDIDO: 2000007433

**Certificador:** Inforum Consulting, S.A. **NIT:** 43430775          Fecha y Hora de certificación    29/09/2020 12:52:32



Cámara de
**Comercio**
de Guatemala

## CERTIFICATE OF ORIGIN

I No. 437761

THE CHAMBER OF COMMERCE OF GUATEMALA, Certifies: a) that Mr. MARCOS R. CHANG

who declared to act on behalf of ASOCIACION DE AZUCAREROS DE

GUATEMALA , a businessman domiciled in Guatemala City, presented himself in the Office of the Chamber of Commerce today to request that this Certificate be issued.

Mr. MARCOS R. CHANG declared under oath that the merchandise indicated below, shipped by

MARITIME in NYK MARIA V.601W , which sailed (will sail) from

PUERTO QUETZAL, GUATEMALA on Oct 05, 2020 destination LOS ANGELES, CA, UNITED STATES

, consigned to SUCDEN AMERICAS CORP. NOTIFY: SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 701 BRICKELL AVE. STE. 1200
has originated or been produced in GUATEMALA MIAMI, FL. 33131 CHRISTIAN ARIAS MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 TEL: 305-347-4723 OPERATIONS@SUCDEN.US
OPERATIONS@SUCDEN.US

| TRADE MARKS | QUANTITY | DESCRIPTION OF MERCHANDISE | GROSS WEIGHT | NET | VALUE |
|---|---|---|---|---|---|
| REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA W WW.IMSA.COM. GT | 400 BAGS | 20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES. | 401.000 GROSS MT | 400.000 NET MT | ------ |

CHAMBER OF COMMERCE
OF GUATEMALA

0 6 OCT 2020

COMMERCIAL
DEPARTMENT

b) that the goods described above are the product of GUATEMALA, C.A.

, as appears from the documentation submitted for the purpose and analyzed this Chamber,

IN FAITH WHEREOF, This Certificate is signed by the Applicant and by the manager of the Chamber of Commerce of Guatemala, in the city of

Guatemala, on Oct 6, 2020

THE CHAMBER OF COMMERCE OF GUATEMALA

APLICANT

Carmen Turcios Calderón
Comercio Exterior MANAGER
Cámara de Comercio de Guatemala
Guatemala, C. A. Nom.: 40358

MARCOS R. CHANG - EXPORT DEPARTMENT

ORIGINAL



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF ANALYSIS

**SHIPPER**
ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20328 | Sep 28, 2020 | Sep 2022 |
| 20329 | Sep 29, 2020 | Sep 2022 |

**NAME OF VESSEL**
NYK MARIA V.601W

**CONSIGNEE**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**NOTIFY**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**PORT OF LOADING**
PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**
LOS ANGELES, CA, UNITED STATES

**BILL OF LADING**
ONEYGUAA03199900 / DATED: OCTOBER 5, 2020

**TONNAGE LOADED**
400.000 NET MT / 401,000 GROSS MT

**DESCRIPTION OF GOODS**
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER
CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**QUALITY**
THE POLARIZATION, MOISTURE, ASH AND COLOR WERE DETERMINED BASED ON SEVERAL SAMPLES CHOSEN AT RANDOM DURING
THE COURSE OF THE LOADING, WHICH WERE ANALYZED IN OUR LABORATORY WITH THE FOLLOWING RESULTS:

| POLARIZATION | MOISTURE | ASH | COLOR (ICUMSA) |
|--------------|----------|-----|----------------|
| 99.97 DEGREES | 0.0107 % | 0.0035 % | 26 UNITS |

GUATEMALA, OCTOBER 7, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40358

www.azucar.com.gt





**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF WEIGHT

SHIPPER
ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # PRODUCTION DATE | EXPIRATION DATE | |
|---|---|---|
| 20328 | Sep 28, 2020 | Sep 2022 |
| 20329 | Sep 29, 2020 | Sep 2022 |

NAME OF VESSEL
NYK MARIA V.601W

CONSIGNEE
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

NOTIFY
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

PORT OF LOADING
PUERTO QUETZAL, GUATEMALA

PORT OF DISCHARGE
LOS ANGELES, CA, UNITED STATES

BILL OF LADING
ONEYGUAA03199900 / DATED: OCTOBER 5, 2020

TONNAGE LOADED
400.000 NET MT / 401.000 GROSS MT

DESCRIPTION OF GOODS
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

MARKS
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

WEIGHT
WE, ASOCIACION DE AZUCAREROS DE GUATEMALA, AS SHIPPERS OF ABOVE GOODS AT PORT OF LOADING, HEREBY CERTIFY THAT AT LOADING TIME AND LOADING PORT THE WEIGHT LOADED ON BOARD ABOVE VESSEL IS:

| 400.000 NET MT |
|---|

GUATEMALA, OCTOBER 7, 2020

MARCOS R. URANG
EXPORT DEPARTMENT

Nom.: 40358

www.azucar.com.gt





**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

# PACKING LIST

**SHIPPER**
ASOCIACION DE AZUCARERES DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20328 | Sep 28, 2020 | Sep 2022 |
| 20329 | Sep 29, 2020 | Sep 2022 |

**NAME OF VESSEL**
NYK MARIA V.601W

**CONSIGNEE**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**NOTIFY**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**PORT OF LOADING**
PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**
LOS ANGELES, CA, UNITED STATES

**BILL OF LADING**
ONEYGUAA03199900 / DATED: OCTOBER 5, 2020

**TONNAGE LOADED**
400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER
CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**PACKING LIST**
WE, THE UNDERSIGNED, AS SHIPPERS HEREBY CERTIFY THAT THE SUGAR LOADED ON BOARD THE ABOVE VESSEL WAS PACKED IN
400 BAGS MADE OF POLYPROPYLENE WITH POLYETHYLENE LINING OF 1,000 KILOS.

GUATEMALA, OCTOBER 7, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

Nom.: 40358

www.azucar.com.gt





COPY NON NEGOTIABLE

PAGE: 1 OF 2

SEA WAYBILL

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| EUROPARTNERS LOGISTICS GUATEMALA, S .A. CALZADA ROOSEVELT 22-43, ZONA 11, T ORRE LUNA TIKAL FUTURA OFICINA 12 C ,GUATEMALA, GUATEMALA NIT 91713765 | GUAA03199900 | ONEYGUAA03199900 |
| | NOMINATION 40358 | |

| CONSIGNEE | FORWARDING AGENT REFERENCES |
|---|---|
| EP AMERICA INC 3399 NW 72 AVE SUITE 225-2 MIAMI, F L 33122 USA MIAOPS@EP-AMERICA.COM | EUROPARTNERS LOGISTICS GUATEMALA, S .A.CALZADA ROOSEVELT 22-43, ZONA 11 , T |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. ...

| NOTIFY PARTY (it is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) | |
|---|---|
| EP AMERICA INC 3399 NW 72 AVE SUITE 225-2 MIAMI, F L 33122 USA MIAOPS@EP-AMERICA.COM | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| | PUERTO QUETZAL, | |
| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | |
| NYK MARIA 601W | PUERTO QUETZAL | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
| LOS ANGELES, CA | LOS ANGELES, CA | FCL / FCL    CY / CY |

PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR NOS. & SEAL NOS. MARKS & NUMBERS | QUANTITY (OF CONTAINERS OR PACKAGES) | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|
| FCIU9769017 / LAA190941 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| KKFU7802500 / LAA190942 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| KKFU7974469 / LAA190944 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| KKFU7998310 / LAA190953 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| KKFU8012114 / LAA190956 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| NYKU0804543 / LAA190945 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| NYKU4772803 / LAA190946 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| NYKU4848112 / LAA190943 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| NYKU5187130 / LAA190958 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| ONEU0299454 / LAA190952 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| TCLU8275960 / LAA190950 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| TCLU8372281 / LAA190948 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |
| TCLU9459494 / LAA190954 | / 20 PACKAGES | /FCL / FCL/40HQ/20050.000KGS/35.000M3 | | |

** TO BE CONTINUED ON ATTACHED LIST **

| Declared Cargo Value US $ | | SERVICE CONTRACT NO. CHI0156N20 | | | | [1] ORIGINAL BILL(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|---|
| FREIGHT & CHARGES PAYABLE AT/BY RICHMOND, VA | | | | | | |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 05 OCT 2020 |
| | | | | | | PLACE OF BILL(S) ISSUE GUATEMALA CITY |
| | | | | | | DATED 05 OCT 2020 |

The printed terms and conditions on this BL are available at its website of www.one-line.com

SIGNED BY TRANSMARES INTERNATIONAL S.A.

as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COLLECTIVE EXHIBIT C**

Time Line of Events

J82-0008385-8

1)  October 20, 2020 Entry Summary (7501) submitted to CBP electronically under Non CAFTA with proper duties involved. Entry Summary Accepted.

2) November 19, 2020 PSC was transmitted to CBP changing the Entry from Non CAFTA to a CAFTA entry.

3) August 30, 2021 PSC was rejected by CBP advising properly filed claim needed to be filled.

4) September 10, 2021 entry was liquidated with original paid duty amount and not PSC amount.

5) January 31, 2022 protest was filed for refund of duties for the CAFTA.

6) February 3, 2022 Protest was rejected advising Protest needed to be filed 1 year form the date of Entry.

Attachment A

Sucden Americas Corp (SUCDEN) hereby submits this Protest to U.S. Customs and Border Protection (CBP) of the entry included in CBP Form 19.  SUCDEN reserves the right to supplement this Protest with additional supporting information, including but not limited to information and/or legal information or arguments. This Protest is based on the best information currently available.

SUCDEN respectfully requests that all information contained in this supplement, including this Attachment, and all related materials, including all materials contained herein, be treated as business confidential. In addition, if CBP decides to take any other course of action but to grant this Protest in full, the importer requests the opportunity to meet in person with CBP officials to discuss the issues presented in this Protest before a final determination is reached.

October 20, 2020 the Customs Broker submitted an entry to CBP to be as high Tier Duty since the CAFTA Quota for Guatemala was closed paying $143,618.60 duties on Entry Summary, please see attachment B.

On November 19, 2020 SUCDEN sent out a memo advising that there had been a mistake and the CAFTA Quote for Guatemala was had re-opened which was confirmed with Quota HQ. Please see attachment C.

On November 19, 2020 Broker submitted a PSC for this entry for the full amount of kilos 400,000 KGS which entry was accepted. Please see Attachment D.

In conclusion SUCDEN would like to request refund of duties paid to CBP for this entry in the amount of $ 143,443.96.

*Ex. NO 4C.*

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

| DEPARTMENT OF HOMELAND SECURITY | | | | 1. Filer Code/Entry No. | | 2. Entry Type | 3. Summary Date |
|---|---|---|---|---|---|---|---|
| U.S. Customs and Border Protection | | | | J82-0008385-8 | | 02 ABI/A | 10/30/2020 CST:BBA |
| **ENTRY SUMMARY** | | | | 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| | | | | 913 | 8 | 2704 | 10/20/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| DANAE 301 | 11 | GT | 10/20/2020 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| ONEY GUAA03200600 | GTINGMAG22GUA | GT | 10/13/2020 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Loading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| Y790 YUSEN TERMINAL INC (L) | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200<br><br>City  MIAMI          State  FL     Zip   33121 | SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200<br><br>City  MIAMI          State  FL     Zip   33121 |

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. |
|---|---|---|---|---|---|---|
| | | | | A.Entered Value | A.HTSUS Rate | Duty and I.R. Tax |
| | 29. | 30. | 31. | B.CHGS | B.ADA/CVD Rate | |
| Line No. | A.HTSUS No.<br>B.ADA/CVD No. | A.Grossweight<br>B.Manifest Qty. | Net Quantity in HTSUS Units | C.Relationship | C. IRC Rate<br>D.Visa No. | Dollars          Cents |
| | TOTAL: 400 BAG | | | | | |
| 001<br>OGT | OTH SGR,CN/BT,N/FV,NCLR,OTH,OT<br>1701.99.5050 | 401000 KG | 400000.00 KG<br>100.00 DEG | 139712 | FREE | NONE |
| | | | | C 10451 | | |
| | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE 501 | | | N | 0.3464%<br>0.0012500 | 483.96<br>174.64 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| HMF (501)<br>MPF (499) | 174.64<br>483.96 | $              139,712.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 142,960.00 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $                658.60 | | D. Ascertained Other | 39. Other | 658.60 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | E. Ascertained Total | 40. Total | 143,618.60 |
|---|---|---|---|

I declare that I am the ☐ Importer of record and that the actual owner,
purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner
or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the
prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as
to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best
of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all
goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/20/2020 |

| 42. Broker/Filer Information (Name, address, phone number)          ACE | 43. Broker/Importer File No. |
|---|---|
| AIRPORT CUSTOMS SERVICES INC | 02.45050 / GUAA03200600 |
| 5777 W CENTURY BLVD STE 1188 | |
| LOS ANGELES CA 90045  3104100717 | * PAPERLESS ENTRY *          Pmt Type: 2 |

CBP Form 7501 (2/18)                                    BROKER                                    Page 1 of 1

# AIRPORT CUSTOMS SERVICES INC   *Ex.NO. 4C*
## ACE Entry Summary Response
**Date: 10/20/2020 Time: 08:49 PM**

```
ENTRY NUMBER..................: J82-0008385-8

CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO.................: 001
HTS NUMBER....................: 1701995050
CONDITION CODE................: PU2
MESSAGE.......................: PGA DATA MSNG FOR HTS - NO ACTION REQD

BROKER REFERENCE..............: 02.45050
DISP CODE.....................: SUMMARY ACCEPTED
CONDITION CODE................: 995
MESSAGE.......................: SUMMARY HAS BEEN ADDED
```

"Attachment C"

**Veronica Hernandez**

**From:** Jeff Williams <jwilliams@sucden.us>
**Sent:** Thursday, November 19, 2020 12:07 PM
**To:** Veronica Hernandez, Christian Arias; 'Chip Howard'
**Cc:** Favio Mora
**Subject:** RE: Guat CAFTA

Thanks Veronica.

I have verified with HQ that it is not an error as well and that it is in fact re-opened.

They are also well aware already of the issues we have faced with our CAFTA this year.

What is key will be to get the high tier entry reversed as quick as we can and file for CAFTA, thus not allowing someone else to come in and fill what is left. If it takes some time to recover the duty then that isn't something we will worry too much about, we just need to move as quickly as we can here. If we cannot simply reverse our entries I would think there would be risk of someone coming in and just taking the balance that is currently showing, which would likely complicate the protest process. If that is going to be the case we need to decide if the best course of action is for us to rush new sugars to the USA.

**S&D SUCDEN**
AMERICAS

**Jeffrey WILLIAMS**
Vice President & Trading Manager - NAFTA.

**Sucden Americas**
701 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel : +1 305 347 4733 – Fax: +1 305 347 4794 - Cell : +1 305 542 7448
jwilliams@sucden.us
www.sucden.com

**PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING THIS E-MAIL.**
This email is intended only for the person(s) to whom it is addressed and may contain privileged or confidential information. Unless stated otherwise above any unauthorized use or distribution of this e-mail and/or of any attached file(s) is prohibited. If you are not its intended addressee, please call us immediately or send us an e-mail to inform us accordingly, and destroy it.

**From:** Veronica Hernandez <vhernandez@rjjones.com>
**Sent:** Thursday, November 19, 2020 2:35 PM
**To:** Christian Arias <carias@sucden.us>; Jeff Williams <jwilliams@sucden.us>; 'Chip Howard' <chip@rjjones.com>

1

Veronica Hernandez                                    ex. NO. 40





DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

CX·NO 40

## ENTRY SUMMARY

| 1. Filer Code/Entry Number J82-0008385-8 | 2. Entry Type 02 ABI/A | 3. Summary Date 11/12/2020 BBA | 4. Surety Number 913 | 5. Bond Type 8 | 6. Port Code 2704 | 7. Entry Date 10/29/2020 |
|---|---|---|---|---|---|---|

| 8. Importing Carrier DANAE 301 | 9. Mode of Transport 11 | 10. Country of Origin GT | 11. Import Date 10/29/2020 |
|---|---|---|---|

| 12. B/L or AWB Number ONEY GUAA03200600 | 13. Manufacturer ID GTINGMAG22GUA | 14. Exporting Country GT | 15. Export Date 10/29/2020 |
|---|---|---|---|

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 20506 | 20. U.S. Port of Unlading 2704 |
|---|---|---|---|---|

| 21. Location of Goods/G.O. Number Y790 YUSEN TERMINAL INC (LA) E | 22. Consignee Number 22-201992000 | 23. Importer Number 22-201992000 | 24. Reference Number |
|---|---|---|---|

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| SUCDEN AMERICAS CORP | SUCDEN AMERICAS CORP |
| Street 701 BRICKELL AVENUE #1200 | Street 701 BRICKELL AVENUE #1200 |
| City MIAMI   State FL   Zip 33121 | City MIAMI   State FL   Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A.Entered Value B.CHGS C.Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A.HTSUS No. B.ADA/CVD No. | 30. A.Gross weight B.Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OGT | TOTAL: 400 BAG CAFTA,(P+)17011150-2106909 | | | | | | |
| | 9822.05.20 | 401000 KG | | C 10451 | FREE | | NONE |
| | OTH SGR,CN/BT,N/FV,NCLR,OT | | | 139712 | | | |
| P+ | 1701.99.5050 | | 400000 KG 100 DEG | | FREE | | NONE |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | | 174.64 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| HMF (501) | 174.64 | $ 139,712.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 0.00 |
| | | Total Other Fees $ 174.64 | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | | D. Ascertained Other | 39. Other | 174.64 |
| I declare that I am the ☐ Importer of record and that the actual owner, | | | | E. Ascertained Total | 40. Total | 174.64 |

I declare that I am the ☐ Importer of record and that the actual owner,
purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner
or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the
prices set forth in the invoices are true,  OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as
to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best
of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all
goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) V HERNANDEZ | TITLE ATTY IN FACT | SIGNATURE | DATE 10/29/2020 |
|---|---|---|---|

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number ACE AIRPORT CUSTOMS SERVICES INC 3104100717 | 43. Broker/Importer File Number 02.45050 / GUAA03200600 |
|---|---|
| | * PAPERLESS ENTRY *   Pmt Type: 2 |

CBP Form 7501 (12/19)                    BROKER                    Page 1 of 1

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Response
### Date: 11/19/2020 Time: 12:22 PM

*ex. NO  4E*

```
ENTRY NUMBER..................: J82-0008385-8

CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO.................: 001
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q10
MESSAGE.......................: LINE SUBJECT TO QUOTA
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q07
MESSAGE.......................: QUOTA POTENTIALLY FILLED
SEVERITY CODE.................: INFORMATIONAL
CONDITION CODE................: Q08
MESSAGE.......................: QUOTA PROCESS PENDING
PST LIN FILER ENTRY BROKER REF: J8200083858 02.45050

BROKER REFERENCE..............: 02.45050
DISP CODE.....................: SUMMARY ACCEPTED
SEVERITY CODE.................: I - INFORMATION NOTICE ONLY
CONDITION CODE................: 996
MESSAGE.......................: SUMMARY HAS BEEN REPLACED
```

# AIRPORT CUSTOMS SERVICES INC

**Entry Summary Notification**

Date: **11/19/2020 Time: 05:02 PM**

ex. NO 4 F.

```
ENTRY NUMBER.................  : J82-0008385-8
DISPOSITION CODE.............  : QUOTA ACCEPTED
SOURCE OF ACTION/REQUEST......  : AUTOMATED REQUEST
CBP IMPORT TEAM..............  : BBA
DATE OF ACTION/REQUEST........  : 11/19/20
BROKER REFERENCE.............  : 002.45050
ENTRY LINE...................  : 001
QUOTA LINE STATUS............  : QUOTA PROCESSED / ACCEPTED
REQUESTED QUOTA QUANTITY......  : 400,000.00 KG
```

# AIRPORT CUSTOMS SERVICES INC

**Entry Summary Notification**
**Date: 08/30/2021 Time: 06:21 PM**

*ex. NO 4G*

```
ENTRY NUMBER.................  : J82-0008385-8
DISPOSITION CODE.............  : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST......  : MANUAL REQUEST
CBP IMPORT TEAM...............  : BBA
NOTIFICATION REASON CODE......  : 004 SPECIAL PROGRAM INDICATOR
DATE OF ACTION/REQUEST........  : 08/30/21
BROKER REFERENCE.............  : 02.45050
CBP USER.....................  : ANNE RIGG
POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A PROPERLY FILED CLAIM P
URSUANT TO 19USC1520(D). ENTRY SUMMARY WILL REVERT TO PREVIOUS VERSION IN 2 BU
SINESS DAYS. AMR
```

# AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
Date: 09/08/2021 Time: 09:04 AM

*Ex. NO 4H*

```
ENTRY NUMBER.................  : J82-0008385-8
DISPOSITION CODE.............  : POST SUMMARY CORRECTION (PSC) FILED WAS REVERTED
SOURCE OF ACTION/REQUEST.....  : MANUAL REQUEST
CBP IMPORT TEAM..............  : BBA
NOTIFICATION REASON CODE.....  : 997
DATE OF ACTION/REQUEST.......  : 09/08/21
BROKER REFERENCE.............  : 02.45050
CBP USER.....................  : ANNE RIGG
004 _ SPI INDICATOR - POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A
PROPERLY FILED CLAIM PURSUANT TO 19USC1520(D). AMR
```

# AIRPORT CUSTOMS SERVICES INC

ACE Entry Summary Query Results
Date: 02/21/2022 Time: 05:24 PM

*EX. NO 4I*

## Entry Information

| | | | | |
|---|---|---|---|---|
| Entry: J82-0008385-8 | Date: 10/29/2020 | Type: 02   MOT: 11 | Status Code: 1 - Accepted | Traffic: 02.45050 | Liq. D T 09/10/2021 |
| Port of Entry: 2704 | Location of Goods: Y790 | Summary Lines: 1 | CBP Review : NOT Under Review | |

Importer ID: 22-201992000
SUCDEN AMERICAS CORP

701 BRICKELL AVENUE #1200          MIAMI, FL          33121

Consignee ID: 22-201992000
SUCDEN AMERICAS CORP

701 BRICKELL AVENUE #1200          MIAMI, FL          33121

Pmt Type: 2          Stmt Date: 11/12/2020          PMS Month:

Center ID: CEE002 (Agriculture and Prepared Products)
FTA Recon: No          FTA Recon Entry:  -   -          Recon Issue:          Recon Entry:  -   -

## Status

| | | | |
|---|---|---|---|
| Status Date: 09/08/2021 | Release Date: 10/29/2020 | Census: No Census warnings exist | Control: CBP | Invoice: |
| Late Filing Status: 0 | Released | CBP Review : NOT Under Review | Protest: Yes | Quota: Processed |
| Collection: 2 - Fully Paid | Collection Date: 11/12/2020 | PSC: Yes | PSC Date: 11/19/2020 | GO: |

## Liquidation

Status:  - Liquidated/Closed     Date: 09/10/2021   Duty: 142,960.00   Tax: 0.00     Fees: 658.60     Interest: 0.00     ADD/CVD: 0.00

## Extension / Suspension

Status:          Date:          Filer Notice Date:

## Bond Information

Type
8 - Continuous

Surety
913 - WESTERN SURETY COMPANY

## Bill of Lading Information

| Quantity | UOM | Bill Type | Master SCAC | Master Number | House SCAC | House Number | Inbond |
|---|---|---|---|---|---|---|---|
| 400 | BAG | H | ONEY | GUAA03200600 | EPAQ | GT1420 | |

## CBP Lines

| Line: 001 | Origin: GT | Export: GT | SPI: | | Set: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HTS | Value | | Duty | Qty 1 | UOM 1 | Qty 2 | UOM 2 | Qty 3 | UOM 3 |
| 1701995050 | 139712 | | 142960.00 | 400000.00 | KG | 100.00 | DEG | 0 | |
| | 499 - Merchandise Processing Fee | | 483.96 | | | | | | |
| | 501 - Harbor Maintenance Fee | | 174.64 | | | | | | |

## AD Duty Subtotals

| Total Bonded AD Duty Amount | Total Cash Deposit AD Duty Amount |
|---|---|
| 0.00 | 0.00 |

## CVD Duty Subtotals

| Total Bonded CV Duty Amount | Total Cash Deposit CV Duty Amount |
|---|---|
| 0.00 | 0.00 |

## Entry Fees

499 - Merchandise Processing Fee          483.96
501 - Harbor Maintenance Fee          174.64

## Grand Total Amounts

| | |
|---|---|
| Duty | 142,960.00 |
| User Fee | 658.60 |
| IR Tax | 0.00 |
| AD Duty | 0.00 |
| CV Duty | 0.00 |
| Total | 143,618.60 |

* Red color indicates differences between Local vs CBP values

**Veronica Hernandez**                                    EX. NO 4J

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Monday, January 31, 2022 5:44 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest created (270422300929) |

## Dear Customer,

Protest filed at Port 2704 has been accepted and assigned Protest No 270422300929.

**Veronica Hernandez**                                         ex. NO   4K

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Thursday, February 3, 2022 1:20 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest Denied (270422300929) |

**Dear Customer,**

Protest No. 270422300929 filed at Port 2704 has been Denied for the following reasons:

Section 520D claims must be filed within one year of date of importation.

Any person whose protest has been denied, in whole or in part, has the right to file a civil action contesting the denial of the protest in accordance with chapter 169 of title 28 of the United States Code (28 USC §§ 2631 et seq.) within the time prescribed by section 2636 (28 USC § 2636).



**INGENIO MAGDALENA, S. A.**

**22 AV. 11-00 ZONA 15, VISTA HERMOSA III**

**TEL:** (502)2364-0850   **FAX:** (502)2364-0085

**NIT:** 1047477

Factura

| | FEL |
|---|---|
| Documento Tributario Electrónico | |
| **Serie No:** | 647C8AD3 |
| **Factura No:** | 2577027023 |
| **Fecha y Hora de Emisión:** | 06/10/2020 15:06:19 |
| NIT: CF | |
| TEL: 13053744440 | |

CÓDIGO/NOMBRE: 11000005 SUCDEN AMERICAS CORP.

DIRECCIÓN: 701 BRICKELL AVENUE, SUITE 1200, MIAMI,FLORIDA,EE.UU.

CONDICIÓN PAGO: Contado

| CÓDIGO | DESCRIPCIÓN | CANTIDAD | PRECIO U. | TOTAL |
|---|---|---|---|---|
| 20000236 | Azúcar Refino | 400.00  T | 349.280 | 139,712.00 |
| | FDA REGISTRATION NO.: 16575872212 | | | |
| | Valor de: 400,000.00 kilos | | | |
| | Equivalentes a 400.0000 TM de Azúcar refino de la corriente zafra. | | | |
| | Base 99.65 grados de polarización embarcada en sacos de 1 TM. | | | |
| | Buque: DANAE C V.301W | | | |
| | Puerto de Embarque: Quetzal, Guatemala | | | |
| | No. Nominación: 40360 | | | |
| | Precio FOB: US$ 349.2800 por TM | | | |
| | Contrato #: P02388 | | | |
| | INGENIO MAGDALENA, S.A. | | | |
| | Destino: Estados Unidos | | | |
| | I, LUIS MIGUEL PAIZ MALDONADO, HEREBY CERTIFY THAT THE PRODUCT DESCRIBED IN THIS INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN GUATEMALA. | | | |
| | LUIS MIGUEL PAIZ MALDONADO | | | |
| | GENERAL MANAGER | | | |
| | "Esta exportación se realiza a través de Asociación de Azucareros de Guatemala en cumplimiento con lo dispuesto en el artículo 7o. Decreto 92/71". | | | |
| | **Monto del Impuesto:** $.          0 | | | |
| | TIPO DE CAMBIO USD 7.77848 | | | |
| | SOMOS AGENTES DE RETENCION DEL IMPUESTO AL VALOR AGREGADO-IVA SEGÚN ARTICULO N0.1 DEL DECRETO N0.20-2006 - SUJETO A PAGOS TRIMESTRALES - | | | |

| CANTIDAD EN LETRAS: CIENTO TREINTA Y NUEVE MIL SETECIENTOS DOCE CON 00 /100 DÓLARES | Total | $. 139,712.00 |
|---|---|---|

**Autorización No.**   647C8AD3-999A-4FCF-81BF-77BB2318403D

NÚMERO SAP: 9000016350

PEDIDO: 2000007435

**Certificador:** Inforum Consulting, S.A. **NIT:** 43430775     **Fecha y Hora de certificación**   06/10/2020 15:16:32



Cámara de
**Comercio**
de Guatemala

# CERTIFICATE OF ORIGIN

**I No.** 437531

THE CHAMBER OF COMMERCE OF GUATEMALA, Certifies: a) that Mr. MARCOS R. CHANG
who declared to act on behalf of ASOCIACION DE AZUCAREROS DE

GUATEMALA , a businessman domiciled in Guatemala City, presented himself in the Office of the Chamber of Commerce
today to request that this Certificate be issued,

Mr. MARCOS R. CHANG declared under oath that the merchandise indicated below, shipped by
in DANAE C V.301W , which sailed (will sail) from
MARITIME
on Oct 13, 2020 destination LOS ANGELES, CA, UNITED STATES
PUERTO QUETZAL, GUATEMALA , consigned to SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 NOTIFY: SUCDEN AMERICAS CORP.
has originated or been produced in GUATEMALA MIAMI, FL. 33131 CHRISTIAN ARIAS 701 BRICKELL AVE. STE, 1200
TEL: 305-347-4723 MIAMI, FL. 33131 CHRISTIAN ARIAS
OPERATIONS@SUCDEN.US TEL: 305-347-4723 OPERATIONS@SUCDEN.US

| TRADE MARKS | QUANTITY | DESCRIPTION OF MERCHANDISE | GROSS WEIGHT | NET | VALUE |
|---|---|---|---|---|---|
| REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA W WW.IMSA.COM. GT | 400 BAGS | 20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES. | 401.000 GROSS MT | 400.000 NET MT | |

b) that the goods described above are the product of GUATEMALA, C.A.
, as appears from the documentation submitted for the purpose and analyzed this Chamber.

IN FAITH WHEREOF, This Certificate is signed by the Applicant and by the manager of the Chamber of Commerce of Guatemala, in the city of
Guatemala, on Oct 14, 2020

**THE CHAMBER OF COMMERCE OF GUATEMALA**

APLICANT MANAGER
Carmen Turcios Calderón
MARCOS R. CHANG - EXPORT DEPARTMENT ORIGINAL Comercio Exterior
Cámara de Comercio de Guatemala
Guatemala, C. A.

ASAZGUA
No. 40360



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

# CERTIFICATE OF ANALYSIS

**SHIPPER**

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20335 | Oct 05, 2020 | Oct 2022 |

**NAME OF VESSEL**

DANAE C V.301W

**CONSIGNEE**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**NOTIFY**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**PORT OF LOADING**

PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**

LOS ANGELES, CA, UNITED STATES

**BILL OF LADING**

ONEYGUAA03200600 / DATED: OCTOBER 13, 2020

**TONNAGE LOADED**

400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**

20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED
SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM
MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND
MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA
WWW.IMSA.COM.GT

**QUALITY**

THE POLARIZATION, MOISTURE, ASH AND COLOR WERE DETERMINED BASED ON SEVERAL SAMPLES CHOSEN AT RANDOM DURING THE
COURSE OF THE LOADING, WHICH WERE ANALYZED IN OUR LABORATORY WITH THE FOLLOWING RESULTS:

| POLARIZATION | MOISTURE | ASH | COLOR (ICUMSA) |
|--------------|----------|-----|----------------|
| 99.97 DEGREES | 0.0110 % | 0.0039 % | 30 UNITS |

GUATEMALA, OCTOBER 14, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40360

www.azucar.com.gt

   



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF WEIGHT

SHIPPER

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20335 | Oct 05, 2020 | Oct 2022 |

NAME OF VESSEL

DANAE C V.301W

CONSIGNEE

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

NOTIFY

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

PORT OF LOADING

PUERTO QUETZAL, GUATEMALA

PORT OF DISCHARGE

LOS ANGELES, CA, UNITED STATES

BILL OF LADING

ONEYGUAA03200600 / DATED: OCTOBER 13, 2020

TONNAGE LOADED

400.000 NET MT / 401.000 GROSS MT

DESCRIPTION OF GOODS

20 X 40' CONTAINERS CONTAINING: 400,00 METRIC TONS OF WHITE REFINED
SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM
MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND
MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

MARKS

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA
WWW.IMSA.COM.GT

WEIGHT

WE, ASOCIACIÓN DE AZUCAREROS DE GUATEMALA, AS SHIPPERS OF ABOVE GOODS AT PORT OF LOADING, HEREBY CERTIFY THAT AT
LOADING TIME AND LOADING PORT THE WEIGHT LOADED ON BOARD ABOVE VESSEL IS:

**400,000 NET MT**

GUATEMALA, OCTOBER 14, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40360

www.azucar.com.gt

  



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## PACKING LIST

**SHIPPER**

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17,
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20335 | Oct 05, 2020 | Oct 2022 |

**NAME OF VESSEL**

DANAE C V.301W

**CONSIGNEE**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**NOTIFY**

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723 OPERATIONS@SUCDEN.US

**PORT OF LOADING**

PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**

LOS ANGELES, CA, UNITED STATES

**BILL OF LADING**

ONEYGUAA03200600 / DATED: OCTOBER 13, 2020

**TONNAGE LOADED**

400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**

20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED
SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM
MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND
MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA
WWW.IMSA.COM.GT

**PACKING LIST**

WE, THE UNDERSIGNED, AS SHIPPERS HEREBY CERTIFY THAT THE SUGAR LOADED ON BOARD THE ABOVE VESSEL WAS PACKED IN 400
BAGS MADE OF POLYPROPYLENE WITH POLYETHYLENE LINING OF 1,000 KILOS.

GUATEMALA, OCTOBER 14, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40360





ONE
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 2

SEA WAYBILL

| | |
|---|---|
| SHIPPER/EXPORTER | BOOKING NO. GUAA03200600 — SEA WAYBILL NO. ONEYGUAA03200600 |

EUROPARTNERS LOGISTICS GUATEMALA,
S.A.
CALZADA ROOSEVELT 22-43, ZONA 11, T
ORRE LUNA TIKAL FUTURA OFICINA 12 C
, GUATEMALA, GUATEMALA N1T 91713765

EXPORT REFERENCES (for the Merchant's and/or Carrier's reference only See clause verso 6 & 18.)
NOMINATION 40360

CONSIGNEE
EP AMERICA INC
3399 NW 72 AVE SUITE 225-2 MIAMI, F
L 33122 USA
MIAOPS@EP-AMERICA.COM

FORWARDING AGENT-REFERENCES
FMC NO.
EUROPARTNERS LOGISTICS GUATEMALA, S
.A. CALZADA ROOSEVELT 22-43, ZONA 11
,

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
EP AMERICA INC
3399 NW 72 AVE SUITE 225-2 MIAMI, F
L 33122 USA
MIAOPS@EP-AMERICA.COM

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of Lading and the terms and conditions of the Carrier's applicable tariff as if they were all signed by the Merchant, and subject any prior representations and/or agreements for all in consignee with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order) Bill of Lading, one original Bill of Lading duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier (or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable). IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top all of this voyage and date, and all of them, one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT PUERTO QUETZAL, GUATEMALA |
|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG DANAE C 0SER | PORT OF LOADING PUERTO QUETZAL, GUATEMALA |
| PORT OF DISCHARGE LOS ANGELES, CA USA | PLACE OF DELIVERY LOS ANGELES, CA USA | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL   CY / CY |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. & SEAL NOS. MARKS & NUMBERS | QUANTITY FOR CUSTOMS DECLARATION ONLY | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| BEAU5305231 | / LAA232522 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| BEAU5307770 | / LAA232546 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| CXDU1817995 | / LAA232529 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| FDCU0432257 | / LAA232547 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| FFAU1409505 | / LAA232542 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| GCXU5270439 | / LAA232541 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| KKFU7938292 | / LAA232550 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| KKFU8085574 | / LAA232526 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| NYKU0818655 | / LAA187667 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| ONEU0225770 | / LAA232543 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| ONEU0262115 | / LAA187670 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| SEGU5052460 | / LAA187669 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |
| TCLU1549652 | / LAA232528 | | / | 20 BAGS | /FCL / FCL/40HQ/20050.000KGS/35.000M3 |

** TO BE CONTINUED ON ATTACHED LIST **

If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

Declared Cargo Value US $

| FREIGHT & CHARGES PAYABLE AT / BY RICHMOND, VA | | | | SERVICE CONTRACT NO. CHI0156N20 | DOC FORM NO. | COMMODITY CODE | EXP. AC/DC RATE | (1) ORIGINAL BILL(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
13 OCT 2020

PLACE OF B/L(S) ISSUE
GUATEMALA CITY

DATED
13 OCT 2020

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY   TRANSMARES INTERNATIONAL S.A.
as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

PAGE: 2 OF 2

## COPY NON NEGOTIABLE

VESSEL VOYAGE: DANAE C 301W

B/L NO.: ONEYGUAA03200600

| CONTAINER NOS/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TCLU9894070 | / LAA187664 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TCNU4276420 | / LAA232530 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TCNU6510195 | / LAA187668 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TEMU8669889 | / LAA187666 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TLLU5439203 | / LAA232549 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TLLU5451317 | / LAA232548 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| TLLU5616187 | / LAA187665 | | / 20 BAGS | /FCL / FCL/40HQ/20050.000KGS | /35.000M3 |
| N/A | 400<br>BAGS | | 400 BAGS IN TOTAL<br>20X40HC CONTAINER(S) SAID TO<br>CONTAIN:<br>400.00 METRIC TONS OF WHITE<br>REFINED SUGAR WITH MINIMUM<br>POLARIZATION OF 99.8 DEGREES,<br>MAXIMUM MOISTURE OF 0.04 PER<br>CENT, MAXIMUM ASH OF 0.04 PER<br>CENT AND MAXIMUM COLOR OF 45<br>UNITS ICUMSA, PACKED IN 1 TON<br>TOTES.<br><br>SHIPPER LOAD COUNT STOW AND<br>WEIGHT | 401000.000KGS | 700.000CBM |

OCEAN FREIGHT COLLECT

<
ORRE LUNA TIKAL FUTURA OFICINA 12 C
,GUATEMALA, GUATEMALA

SIGNED
BY     TRANSMARES INTERNATIONAL S.A.

as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

# COLLECTIVE EXHIBIT D

381

Time Line of Events

J82-0008381-7

1) October 20, 2020 Entry Summary (7501) submitted to CBP electronically under Non CAFTA with proper duties involved. Entry Summary Accepted.

2) November 19, 2020 PSC was transmitted to CBP changing the Entry from Non CAFTA to a CAFTA entry.

3) August 24, 2021 PSC was rejected by CBP advising properly filed claim needed to be filled.

4) September 3, 2021 entry was liquidated with original paid duty amount and not PSC amount.

5) January 31, 2022 protest was filed for refund of duties for the CAFTA.

6) February 3, 2022 Protest was rejected advising Protest needed to be filed 1 year form the date of Entry.

Attachment A

Sucden Americas Corp (SUCDEN) hereby submits this Protest to U.S. Customs and Border Protection (CBP) of the entry included in CBP Form 19. SUCDEN reserves the right to supplement this Protest with additional supporting information, including but not limited to information and/or legal information or arguments. This Protest is based on the best information currently available.

SUCDEN respectfully requests that all information contained in this supplement, including this Attachment, and all related materials, including all materials contained herein, be treated as business confidential. In addition, if CBP decides to take any other course of action but to grant this Protest in full, the importer requests the opportunity to meet in person with CBP officials to discuss the issues presented in this Protest before a final determination is reached.

October 19, 2020 the Customs Broker submitted an entry to CBP to be as high Tier Duty since the CAFTA Quota for Guatemala was closed paying $143,618.60 duties on Entry Summary, please see attachment B.

On November 19, 2020 SUCDEN sent out a memo advising that there had been a mistake and the CAFTA Quote for Guatemala was had re-opened which was confirmed with Quota HQ. Please see attachment C.

On November 19, 2020 Broker submitted a PSC for this entry for the full amount of kilos 400,000 KGS which entry was accepted. Please see Attachment D.

In conclusion SUCDEN would like to request refund of duties paid to CBP for this entry in the amount of $ 143,443.96.

Attachment B

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

## ENTRY SUMMARY

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| J82-0008381-7 | 02 ABI/A | 10/30/2020 CST:BBA |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 913 | 8 | 2704 | 10/20/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| SYNERGY ANTWERP 0037 | 11 | GT | 10/16/2020 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954437 | GTINGMAG22GUA | GT | 10/10/2020 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Loading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| Z978 SSA TERM.- ZIM/MSC LINE | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200<br><br>City MIAMI   State FL   Zip 33121 | SUCDEN AMERICAS CORP<br>701 BRICKELL AVENUE #1200<br><br>City MIAMI   State FL   Zip 33121 |

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. |
|---|---|---|---|---|---|---|
| Line No. | 29.<br>A.HTSUS No.<br>B.ADA/CVD No. | 30.<br>A.Grossweight<br>B.Manifest Qty. | 31.<br>Net Quantity in HTSUS Units | A.Entered Value<br>B.CHGS<br>C.Relationship | A.HTSUS Rate<br>B.ADA/CVD Rate<br>C. IRC Rate<br>D.Visa No. | Duty and I.R. Tax<br>Dollars   Cents |
| 001<br>OGT | TOTAL: 400 BAG<br>OTH SGR,CN/BT,N/FV,NCLR,OTH,OT<br>1701.99.5050   401000 KG<br><br>MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE 501 | | 400000.00 KG<br>100.00 DEG | 139712<br><br>C 10451<br>N | FREE<br><br><br>0.3464%<br>0.0012500 | NONE<br><br><br>483.96<br>174.64 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value |
|---|---|---|
| HMF (501) | 174.64 | |
| MPF (499) | 483.96 | $   139,712.00 |
| | | Total Other Fees |
| | | $   658.60 |

**CBP USE ONLY**

| A. LIQ CODE | B. Ascertained Duty |
|---|---|
| REASON CODE | C. Ascertained Tax |
| | D. Ascertained Other |
| | E. Ascertained Total |

**TOTALS**

| 37. Duty | 142,960.00 |
|---|---|
| 38. Tax | 0.00 |
| 39. Other | 658.60 |
| 40. Total | 143,618.60 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/20/2020 |

| 42. Broker/Filer Information (Name, address, phone number)   ACE | 43. Broker/Importer File No. |
|---|---|
| AIRPORT CUSTOMS SERVICES INC<br>5777 W CENTURY BLVD STE 1188<br>LOS ANGELES CA 90045   3104100717 | 02.45046 / GU2200954437<br><br>* PAPERLESS ENTRY *   Pmt Type: 2 |

CBP Form 7501 (2/18)                    BROKER                    Page 1 of 1

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Response

**Date: 10/20/2020 Time: 07:28 PM**



```
ENTRY NUMBER..................: J82-0008381-7

CEE TEAM......................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO.................: 001
HTS NUMBER....................: 1701995050
CONDITION CODE................: PU2
MESSAGE.......................: PGA DATA MSNG FOR HTS - NO ACTION REQD

BROKER REFERENCE..............: 02.45046
DISP CODE.....................: SUMMARY ACCEPTED
CONDITION CODE................: 995
MESSAGE.......................: SUMMARY HAS BEEN ADDED
```

Attachment C "

## Veronica Hernandez

| | |
|---|---|
| **From:** | Jeff Williams <jwilliams@sucden.us> |
| **Sent:** | Thursday, November 19, 2020 12:07 PM |
| **To:** | Veronica Hernandez; Christian Arias; 'Chip Howard' |
| **Cc:** | Favio Mora |
| **Subject:** | RE: Guat CAFTA |

Thanks Veronica.

I have verified with HQ that it is not an error as well and that it is in fact re-opened.

They are also well aware already of the issues we have faced with our CAFTA this year.

What is key will be to get the high tier entry reversed as quick as we can and file for CAFTA, thus not allowing someone else to come in and fill what is left. If it takes some time to recover the duty then that isn't something we will worry too much about, we just need to move as quickly as we can here. If we cannot simply reverse our entries I would think there would be risk of someone coming in and just taking the balance that is currently showing, which would likely complicate the protest process. If that is going to be the case we need to decide if the best course of action is for us to rush new sugars to the USA.

**Jeffrey WILLIAMS**
Vice President & Trading Manager - NAFTA

**S&D SUCDEN** AMERICAS

**Sucden Americas**
701 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel : +1 305 347 4733 – Fax: +1 305 347 4794 - Cell : +1 305 542 7448
jwilliams@sucden.us
www.sucden.com

**PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING THIS E-MAIL.**
This email is intended only for the person(s) to whom it is addressed and may contain privileged or confidential information. Unless stated otherwise above any unauthorized use or distribution of this e-mail and/or of any attached file(s) is prohibited. If you are not its intended addressee, please call us immediately or send us an e-mail to inform us accordingly, and destroy it.

**From:** Veronica Hernandez <vhernandez@rfjones.com>
**Sent:** Thursday, November 19, 2020 2:35 PM
**To:** Christian Arias <carias@sucden.us>; Jeff Williams <jwilliams@sucden.us>; 'Chip Howard' <chip@rfjones.com>

1

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Response

### Date: 11/19/2020 Time: 12:31 PM

```
ENTRY NUMBER.................: J82-0008381-7

CEE TEAM....................: BBA AGRICULTURE AND PREPARED PRODUCTS

ENTRY LINE NO...............: 001
SEVERITY CODE...............: INFORMATIONAL
CONDITION CODE..............: Q10
MESSAGE.....................: LINE SUBJECT TO QUOTA
SEVERITY CODE...............: INFORMATIONAL
CONDITION CODE..............: Q07
MESSAGE.....................: QUOTA POTENTIALLY FILLED
SEVERITY CODE...............: INFORMATIONAL
CONDITION CODE..............: Q08
MESSAGE.....................: QUOTA PROCESS PENDING
PST LIN FILER ENTRY BROKER REF: J8200083817 02.45046

BROKER REFERENCE............: 02.45046
DISP CODE...................: SUMMARY ACCEPTED
SEVERITY CODE...............: I - INFORMATION NOTICE ONLY
CONDITION CODE..............: 996
MESSAGE.....................: SUMMARY HAS BEEN REPLACED
```

Veronica Hernandez                                    $CX.NO\ 3D$



1

## AIRPORT CUSTOMS SERVICES INC

EX. NO 35

### Entry Summary Notification
Date: 11/19/2020 Time: 05:01 PM

```
ENTRY NUMBER................. : J82-0008381-7
DISPOSITION CODE............. : QUOTA ACCEPTED
SOURCE OF ACTION/REQUEST...... : AUTOMATED REQUEST
CBP IMPORT TEAM............... : BBA
DATE OF ACTION/REQUEST........ : 11/19/20
BROKER REFERENCE............. : 002.45046
ENTRY LINE................... : 001
QUOTA LINE STATUS............. : QUOTA PROCESSED / ACCEPTED
REQUESTED QUOTA QUANTITY...... : 400,000.00 KG
```

New 7501

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

**ENTRY SUMMARY**

Ex NO 3B

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| J82-0008381-7 | 02 ABI/A | 11/03/2020 BBA | 913 | 8 | 2704 | 10/20/2020 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| SYNERGY ANTWERP 0037 | 11 | GT | 11/03/2020 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| HLCU GU2200954437 | GTINGMAG22GUA | GT | 10/10/2020 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 20506 | 2704 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Z978 SSA TERM.- ZIM/MSC LINES | 22-201992000 | 22-201992000 | |

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| SUCDEN AMERICAS CORP | SUCDEN AMERICAS CORP |
| Street 701 BRICKELL AVENUE #1200 | Street 701 BRICKELL AVENUE #1200 |
| City MIAMI State FL Zip 33121 | City MIAMI State FL Zip 33121 |

| 27. Line No. | 28. Description of Merchandise | | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Gross weight B. Manifest Qty. | | | | Dollars | Cents |
| 001 OGT | TOTAL: 400 BAG CAFTA,(P+)17011150-2106909 | | | | | | |
| | 9822.05.20 401000 KG | | | | FREE | | NONE |
| P+ | OTH SGR,CN/BT,N/FV,NCLR,OT 1701.99.5050 | | 400000 KG 100 DEG | C 10451 139712 | FREE | | NONE |
| | HARBOR MAINTENANCE FEE 501 | | | N | 0.0012500 | | 174.64 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| HMF (501) 174.64 | $ 139,712.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 0.00 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | $ 174.64 | | D. Ascertained Other | 39. Other | 174.64 |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | E. Ascertained Total | 40. Total | 174.64 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| V HERNANDEZ | ATTY IN FACT | | 10/20/2020 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number ACE | 43. Broker/Importer File Number |
|---|---|
| AIRPORT CUSTOMS SERVICES INC | 02.45046 / GU2200954437 |
| 3104100717 | * PAPERLESS ENTRY * Pmt Type: 2 |

# AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
### Date: 08/24/2021  Time: 03:56 PM

*ex. NO. 3G*

```
ENTRY NUMBER................   : J82-0008381-7
DISPOSITION CODE.............   : ENTRY SUMMARY REJECTED
SOURCE OF ACTION/REQUEST......  : MANUAL REQUEST
CBP IMPORT TEAM..............   : BBA
NOTIFICATION REASON CODE.....   : 004 SPECIAL PROGRAM INDICATOR
DATE OF ACTION/REQUEST.......   : 08/24/21
BROKER REFERENCE.............   : 02.45046
CBP USER.....................   : ANNE RIGG
POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A PROPERLY FILED CLAIM P
URSUANT TO 19USC1520(D). ENTRY WILL REVERT TO PREVIOUS VERSION IN 2 BUSINESS D
AYS. AMR
```

# AIRPORT CUSTOMS SERVICES INC

### Entry Summary Notification
Date: 08/30/2021 Time: 06:19 PM

*PX NO 3H*

```
ENTRY NUMBER.................  : J82-0008381-7
DISPOSITION CODE.............  : POST SUMMARY CORRECTION (PSC) FILED WAS REVERTED
SOURCE OF ACTION/REQUEST......  : MANUAL REQUEST
CBP IMPORT TEAM...............  : BBA
NOTIFICATION REASON CODE......  : 997
DATE OF ACTION/REQUEST........  : 08/30/21
BROKER REFERENCE..............  : 02.45046
CBP USER.....................  : ANNE RIGG
004 _ SPI INDICATOR - POST IMPORTATION CLAIM FOR CAFTA CAN ONLY BE MADE VIA A
PROPERLY FILED CLAIM PURSUANT TO 19USC1520(D). AMR
```

# AIRPORT CUSTOMS SERVICES INC

## ACE Entry Summary Query Results
Date: 02/21/2022 Time: 05:04 PM

*ex. NO 31*

### Entry Information

| | | | | |
|---|---|---|---|---|
| Entry: J82-0008381-7 | Date: 10/20/2020 | Type: 02    MOT: 11 | Status Code: 1 - Accepted | Traffic: 02.45046 | Liq. DT 09/03/2021 |
| Port of Entry: 2704 | Location of Goods: Z978 | Summary Lines: 1 | CBP Review : NOT Under Review | | |

Importer ID: 22-201992000
SUCDEN AMERICAS CORP — 701 BRICKELL AVENUE #1200 — MIA MI, FL — 33121

Consignee ID: 22-201992000
SUCDEN AMERICAS CORP — 701 BRICKELL AVENUE #1200 — MIA MI, FL — 33121

Pmt Type: 2 — Stmt Date: 11/03/2020 — PMS Month:

Center ID: CEE002 (Agriculture and Prepared Products)
FTA Recon: No — FTA Recon Entry:  -   - — Recon Issue: — Recon Entry:  -   -

### Status

| | | | |
|---|---|---|---|
| Status Date: 08/30/2021 | Release Date: 10/20/2020 | Census: No Census warnings exist | Control: CBP | Invoice: |
| Late Filing Status: 0 | Released | CBP Review : NOT Under Review | Protest: Yes | Quota: Processed |
| Collection: 2 - Fully Paid | Collection Date: 11/03/2020 | PSC: Yes | PSC Date: 11/19/2020 | GO: |

### Liquidation

Status:  - Liquidated/Closed    Date: 09/03/2021    Duty: 142,960.00    Tax: 0.00    Fees: 658.60    Interest: 0.00    ADD/CVD: 0.00

### Extension / Suspension

Status:    Date:    Filer Notice Date:

### Bond Information

Type
8 - Continuous

Surety
913 - WESTERN SURETY COMPANY

### Bill of Lading Information

| Quantity | UOM | Bill Type | Master SCAC | Master Number | House SCAC | House Number | Inbond |
|---|---|---|---|---|---|---|---|
| 400 | BAG | M | HLCU | GU2200954437 | | | |

### CBP Lines

| Line: 001 | Origin: GT | Export: GT | SPI: | | Set: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HTS | Value | | | Duty | Qty 1 | UOM 1 | Qty 2 | UOM 2 | Qty 3 | UOM 3 |
| 1701995050 | 139712 | | | 142960.00 | 400000.00 | KG | 100.00 | DEG | 0 | |
| | 499 - Merchandise Processing Fee | | | 483.96 | | | | | | |
| | 501 - Harbor Maintenance Fee | | | 174.64 | | | | | | |

## AD Duty Subtotals

| Total Bonded AD Duty Amount | Total Cash Deposit AD Duty Amount |
|---|---|
| 0.00 | 0.00 |

## CVD Duty Subtotals

| Total Bonded CV Duty Amount | Total Cash Deposit CV Duty Amount |
|---|---|
| 0.00 | 0.00 |

## Entry Fees

| | |
|---|---|
| 499 - Merchandise Processing Fee | 483.96 |
| 501 - Harbor Maintenance Fee | 174.64 |

## Grand Total Amounts

| | |
|---|---|
| Duty | 142,960.00 |
| User Fee | 658.60 |
| IR Tax | 0.00 |
| AD Duty | 0.00 |
| CV Duty | 0.00 |
| Total | 143,618.60 |

\* Red color indicates differences between Local vs CBP values

Veronica Hernandez

ex. NO 3J

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Monday, January 31, 2022 5:37 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest created (270422300928) |

**Dear Customer,**

Protest filed at Port 2704 has been accepted and assigned Protest No 270422300928.

1

**Veronica Hernandez**

Ex. NO 3K

| | |
|---|---|
| **From:** | acenotifyservice@cbp.dhs.gov |
| **Sent:** | Thursday, February 3, 2022 1:07 PM |
| **To:** | Veronica Hernandez |
| **Subject:** | Protest Denied (270422300928) |

**Dear Customer,**

Protest No. 270422300928 filed at Port 2704 has been Denied for the following reasons:

Section 520D claims must be filed within 1 year of date of importation.

Any person whose protest has been denied, in whole or in part, has the right to file a civil action contesting the denial of the protest in accordance with chapter 169 of title 28 of the United States Code (28 USC §§ 2631 et seq.) within the time prescribed by section 2636 (28 USC § 2636).



**INGENIO MAGDALENA, S. A.**

**22 AV. 11-00 ZONA 15, VISTA HERMOSA III**

TEL:   (502)2364-0850   FAX:   (502)2364-0085

NIT:   **1047477**

Factura

| | FEL |
| --- | --- |
| | Documento Tributario Electrónico |
| Serie No: | 728959A6 |
| Factura No: | 1568949069 |
| Fecha y Hora de Emisión: | 05/10/2020 14:50:01 |

CÓDIGO/NOMBRE: 11000005 SUCDEN AMERICAS CORP.

NIT: CF

DIRECCIÓN:  701 BRICKELL AVENUE, SUITE 1200, MIAMI,FLORIDA,EE.UU.

TEL: 13053744440

CONDICIÓN PAGO: Contado

| CÓDIGO | DESCRIPCIÓN | CANTIDAD | PRECIO U. | TOTAL |
| --- | --- | --- | --- | --- |
| 20000236 | Azúcar Refino | 400.00  T | 349.280 | 139,712.00 |
| | FDA REGISTRATION NO.: 16575872212 | | | |
| | Valor de: 400,000.00 kilos | | | |
| | Equivalentes a 400.0000 TM de Azúcar refino de la corriente zafra | | | |
| | Base 99.85 grados de polarización embarcada en sacos de 1 TM. | | | |
| | Buque: SYNERGY ANTWERP V.03W37 | | | |
| | Puerto de Embarque: Quetzal, Guatemala | | | |
| | No. Nominación: 40359 | | | |
| | Precio FOB: US$ 349.2800 por TM | | | |
| | Contrato #: P02388 | | | |
| | INGENIO MAGDALENA, S.A. | | | |
| | Destino: Estados Unidos | | | |
| | I, LUIS MIGUEL PAIZ MALDONADO, HEREBY CERTIFY THAT THE PRODUCT DESCRIBED | | | |
| | IN THIS | | | |
| | INVOICE IS WHOLLY GROWN AND PRODUCED OR MANUFACTURED IN GUATEMALA. | | | |
| | LUIS MIGUEL PAIZ MALDONADO | | | |
| | GENERAL MANAGER | | | |
| | "Esta exportación se realiza a través de Asociación de Azucareros de | | | |
| | Guatemala en cumplimiento con lo dispuesto en el artículo 7o. Decreto | | | |
| | 92/71". | | | |
| | **Monto del Impuesto:  $.**          0 | | | |
| | TIPO DE CAMBIO USD 7.77718 | | | |
| | SOMOS AGENTES DE RETENCION DEL IMPUESTO AL VALOR AGREGADO-IVA SEGÚN ARTICULO N0.1 DEL DECRETO N0.20-2006 - SUJETO A PAGOS TRIMESTRALES.- | | | |

| CANTIDAD EN LETRAS: CIENTO TREINTA Y NUEVE MIL SETECIENTOS DOCE CON 00 /100 DÓLARES | Total | $.  139,712.00 |
| --- | --- | --- |

**Autorización No.**    728959A6-5D84-434D-A3F5-A34FCCEF608A

NÚMERO SAP: 9000016346

PEDIDO: 2000007434

**Certificador:** Inforum Consulting, S.A. **NIT:** 43430775        **Fecha y Hora de certificación**    05/10/2020 14:52:24



**Cámara de Comercio de Guatemala**

## CERTIFICATE OF ORIGIN

I No. 438059

THE CHAMBER OF COMMERCE OF GUATEMALA, Certifies: a) that Mr. MARCOS R. CHANG
who declared to act on behalf of ASOCIACION DE AZUCAREROS DE
GUATEMALA , a businessman domiciled in Guatemala City, presented himself in the Office of the Chamber of Commerce
today to request that this Certificate be issued.

declared under oath that the merchandise indicated below, shipped by

Mr. MARCOS R. CHANG , which sailed (will sail) from
MARITIME in SYNERGY ANTWERP V.03W37

PUERTO QUETZAL, GUATEMALA on Oct 10, 2020 destination LONG BEACH, CA, UNITED STATES
, consigned to SUCDEN AMERICAS CORP. NOTIFY: SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 701 BRICKELL AVE. STE. 1200
has originated or been produced in GUATEMALA MIAMI, FL. 33131 CHRISTIAN ARIAS MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723 TEL: 305-347-4723 OPERATIONS@SUCDEN.US
OPERATIONS@SUCDEN.US

| TRADE MARKS | QUANTITY | DESCRIPTION OF MERCHANDISE | GROSS WEIGHT | NET | VALUE |
|---|---|---|---|---|---|
| REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA W WW.IMSA.COM. GT | 400 BAGS | 20 X 40' CONTAINERS CONTAINING: 400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES. | 401.000 GROSS MT | 400.000 NET MT | — |

CHAMBER OF COMMERCE
OF GUATEMALA

1 2 OCT 2020

COMMERCIAL
DEPARTMENT

b) that the goods described above are the product of GUATEMALA, C.A.
, as appears from the documentation submitted for the purpose and analyzed the Chamber.
IN FAITH WHEREOF, This Certificate is signed by the Applicant and by the manager of the Chamber of Commerce of Guatemala, in the city of

Guatemala, on Oct 12, 2020

THE CHAMBER OF COMMERCE OF GUATEMALA

ASAZGUA
Nom.: 40359

APPLICANT

MARCOS R. CHANG - EXPORT DEPARTMENT    ORIGINAL

Carmen Turcios Calderón
Comercio Exterior
Cámara de Comercio de Guatemala
Guatemala, C. A.



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF ANALYSIS

**SHIPPER**
ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17,
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20336 | Oct 06, 2020 | Oct 2022 |
| 20337 | Oct 07, 2020 | Oct 2022 |

**NAME OF VESSEL**
SYNERGY ANTWERP V.03W37

**CONSIGNEE**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**NOTIFY**
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

**PORT OF LOADING**
PUERTO QUETZAL, GUATEMALA

**PORT OF DISCHARGE**
LONG BEACH, CA, UNITED STATES

**BILL OF LADING**
HLCUGU2200954437 / DATED: OCTOBER 10, 2020

**TONNAGE LOADED**
400.000 NET MT / 401.000 GROSS MT

**DESCRIPTION OF GOODS**
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

**MARKS**
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

**QUALITY**
THE POLARIZATION, MOISTURE, ASH AND COLOR WERE DETERMINED BASED ON SEVERAL SAMPLES CHOSEN AT RANDOM DURING THE COURSE OF THE LOADING, WHICH WERE ANALYZED IN OUR LABORATORY WITH THE FOLLOWING RESULTS:

| POLARIZATION | MOISTURE | ASH | COLOR (ICUMSA) |
|--------------|----------|-----|----------------|
| 99.97 DEGREES | 0.0130 % | 0.0037 % | 27 UNITS |

GUATEMALA, OCTOBER 13, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

ASAZGUA

Nom.: 40359





**Asociación de Azucareros de Guatemala**
5ª, Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

## CERTIFICATE OF WEIGHT

SHIPPER

ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17.
PBX: (502) 2215-8000 FAX: (502) 2215-8061
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20336 | Oct 06, 2020 | Oct 2022 |
| 20337 | Oct 07, 2020 | Oct 2022 |

NAME OF VESSEL

SYNERGY ANTWERP V.03W37

CONSIGNEE

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

NOTIFY

SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

PORT OF LOADING

PUERTO QUETZAL, GUATEMALA

PORT OF DISCHARGE

LONG BEACH, CA, UNITED STATES

BILL OF LADING

HLCUGU2200954437 / DATED: OCTOBER 10, 2020

TONNAGE LOADED

400.000 NET MT / 401.000 GROSS MT

DESCRIPTION OF GOODS

20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

MARKS

REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

WEIGHT

WE, ASOCIACION DE AZUCAREROS DE GUATEMALA, AS SHIPPERS OF ABOVE GOODS AT PORT OF LOADING, HEREBY CERTIFY THAT AT LOADING TIME AND LOADING PORT THE WEIGHT LOADED ON BOARD ABOVE VESSEL IS:

**400.000 NET MT**

GUATEMALA, OCTOBER 13, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

Nom.: 40359

  



**Asociación de Azucareros de Guatemala**
5ª. Avenida 5-55, Zona 14, Europlaza World Business Center, Torre 3, Nivel 17
PBX: (502) 2215-8000 FAX: 2215-8051 e-mail: exportsguate@expogranel.com

# PACKING LIST

SHIPPER
ASOCIACION DE AZUCAREROS DE GUATEMALA
5A. AVENIDA 5-55 ZONA 14 EURO PLAZA
WORLD BUSINESS CENTER TORRE 3 – PISO 17,
PBX: (502) 2215-8000 FAX: (502) 2215-8051
GUATEMALA C. A.

| LOT # | PRODUCTION DATE | EXPIRATION DATE |
|-------|-----------------|-----------------|
| 20336 | Oct 06, 2020    | Oct 2022        |
| 20337 | Oct 07, 2020    | Oct 2022        |

NAME OF VESSEL
SYNERGY ANTWERP V.03W37

CONSIGNEE
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

NOTIFY
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200 MIAMI, FL. 33131
CHRISTIAN ARIAS TEL: 305-347-4723
OPERATIONS@SUCDEN.US

PORT OF LOADING
PUERTO QUETZAL, GUATEMALA

PORT OF DISCHARGE
LONG BEACH, CA, UNITED STATES

BILL OF LADING
HLCUGU2200954437 / DATED: OCTOBER 10, 2020

TONNAGE LOADED
400.000 NET MT / 401.000 GROSS MT

DESCRIPTION OF GOODS
20 X 40' CONTAINERS CONTAINING:
400.00 METRIC TONS OF WHITE REFINED SUGAR WITH MINIMUM POLARIZATION OF 99.8 DEGREES, MAXIMUM MOISTURE OF 0.04 PER
CENT, MAXIMUM ASH OF 0.04 PER CENT AND MAXIMUM COLOR OF 45 UNITS ICUMSA, PACKED IN 1 TON TOTES.

MARKS
REFINED SUGAR MAG MAGDALENA TIERRA DULCE PRODUCT OF GUATEMALA WWW.IMSA.COM.GT

PACKING LIST
WE, THE UNDERSIGNED, AS SHIPPERS HEREBY CERTIFY THAT THE SUGAR LOADED ON BOARD THE ABOVE VESSEL WAS PACKED IN 400
BAGS MADE OF POLYPROPYLENE WITH POLYETHYLENE LINING OF 1,000 KILOS.

GUATEMALA, OCTOBER 13, 2020

MARCOS R. CHANG
EXPORT DEPARTMENT

Nom.: 40359

www.azucar.com.gt

   

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

## Sea Waybill

Multimodal Transport or Port to Port Shipment

Shipper:
ASOCIACION DE AZUCAREROS DE
GUATEMALA 5A. AVENIDA 5-55
ZONA 14 EURO PLAZA WORLD
BUSINESS CENTER TORRE 3 PISO 17.
PBX: (502) 2215-8000
FAX: (502) 2215-8061 +

**Hapag-Lloyd**

| Carrier's Reference: | SWB-No.: | Page: |
|---|---|---|
| 86632746 | HLCUGU2200954437 | 2 / 7 |

Export References:
40359

Consignee:
TOTAL CARGO S.R.L
ESTRELLA 692 C/ OLEARY
EDIF: LIDER IV FLOOR 7, OF.78.
PHONE: (+595 21) 412 1000
RUC: 80022777-8
ASUNCION-PARAGUAY

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify):
SUCDEN AMERICAS CORP.
701 BRICKELL AVE. STE. 1200
MIAMI, FL. 33131 CHRISTIAN ARIAS
TEL: 305-347-4723
OPERATIONS@SUCDEN.US

Consignee's Reference:

Place of Receipt:

Vessel(s):
SYNERGY ANTWERP

Voyage-No.:
03W37

Place of Delivery:

Port of Loading:
PUERTO QUETZAL, GUATEMALA

Port of Discharge:
LONG BEACH, CA, UNITED STATES

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| FSCU 8939400<br>SEAL:<br>HLD9281277 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*<br>20 BAGS<br>20.00 METRIC TONS OF WHITE REFINED<br>SUGAR WITH MINIMUM POLARIZATION OF<br>99.8 DEGREES, MAXIMUM MOISTURE OF<br>0.04 PER CENT, MAXIMUM ASH OF 0.04<br>PER CENT AND MAXIMUM COLOR OF 45<br>UNITS<br>ICUMSA, PACKED IN 1 TON TOTES.<br>HS-CODE : 17 01 99 | 20050,00<br>KGM | |

Shipper's declared Value [see clause 7(2) and 7(3)]

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
|---|---|
| 20 | |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

Movement:
FCL/FCL

Currency:

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/ Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. In accepting this Sea Waybill the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Sea Waybill by the Merchant.

| Charge | Rate | Basis | a/Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| THO | | | | | |
| WFO | | | | | |
| MFR | | | | | |
| TSD | | | | | |
| SMD | | | | | |
| MTD | | | | | |
| LUMPSUM | | | | | |

Place and date of issue:
GUATEMALA CITY      10.OCT.2020

Freight payable at:
MIAMI, FL, UNITED

FOR ABOVE NAMED CARRIER
HAPAG LLOYD GUATEMALA S.A.

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

Sea Waybill · Not Negotiable

**EXHIBIT E**

19 U.S. Code § 1520 - Refunds and errors | U.S. Code | US Law | LII ...                                    ...ll.edu uscode text 19 152

LII > U.S. Code > Title 19 > CHAPTER 4 > SUBTITLE III > Part III > § 1520

Quick search by citation:

**Title**

  enter title

**Section**

  section

[ Go! ]

# 19 U.S. Code § 1520 - Refunds and errors

U.S. Code    Notes

---

**(a) CASES IN WHICH REFUNDS AUTHORIZED**

The Secretary of the Treasury is authorized to refund duties or other receipts in the following cases:

**(1) EXCESS DEPOSITS.—**
Whenever it is ascertained on liquidation or reliquidation of an entry or reconciliation that more money has been deposited or paid as duties than was required by law to be so deposited or paid.

**(2) FEES, CHARGES, AND EXACTIONS.—**
Whenever it is determined in the manner required by law that any fees, charges, or exactions, other than duties and taxes, have been erroneously or excessively collected.

**(3)** *FINES, PENALTIES, AND FORFEITURES.—*
Whenever money has been deposited in the Treasury on account of a fine, penalty, or forfeiture which did not accrue, or which is finally determined to have accrued in an amount less than that so deposited, or which is mitigated to an amount less than that so deposited or is remitted.

**(4)** *PRIOR TO LIQUIDATION.—*
Prior to the liquidation of an entry or reconciliation, whenever an importer of record declares or it is ascertained that excess duties, fees, charges, or exactions have been deposited or paid.

**(b)** A**UTHORIZATION OF APPROPRIATIONS**
The necessary moneys to make such refunds are authorized to be appropriated annually from the general fund of the Treasury.

**(c)** R**EPEALED. PUB. L. 108–429, TITLE II, § 2105, DEC. 3, 2004, 118 STAT. 2598**

**(d)** G**OODS QUALIFYING UNDER FREE TRADE AGREEMENT RULES OF ORIGIN**

Notwithstanding the fact that a valid protest was not filed, the Customs Service may, in accordance with regulations prescribed by the Secretary, reliquidate an entry to refund any excess duties (including any merchandise processing fees) paid on a good qualifying under the rules of origin set out in section 202 of the United States-Chile Free Trade Agreement Implementation Act, section 4033 of this title, section 202 of the United States-Oman Free Trade Agreement Implementation Act, section 203 of the United States-Peru Trade Promotion Agreement Implementation Act, section 202 of the United States–Korea Free Trade Agreement Implementation Act, section 203 of the United States–Colombia Trade Promotion Agreement Implementation Act, section 203 of the United States–Panama Trade Promotion Agreement Implementation Act, or section 4531 of this title, for which no claim for preferential tariff treatment was made at the time of importation if the importer, within 1 year after the date of importation, files, in accordance with those regulations, a claim that includes—

**(1)** a written declaration that the good qualified under the applicable rules at the time of importation;

**(2)** copies of all applicable certificates or certifications of origin; and

**(3)** such other documentation and information relating to the importation of the goods as the Customs Service may require.

(June 17, 1930, ch. 497, title IV, § 520, 46 Stat. 739; June 26, 1934, ch. 756, § 2, 48 Stat.

LII  > U.S. Code  > Title 19  > CHAPTER 4  > SUBTITLE III  > Part III  **> § 1520**

Quick search by citation:
**Title**

enter title                                                                                    ⌄

**Section**

section

Go!

# 19 U.S. Code § 1520 - Refunds and errors

U.S. Code    Notes
_____

### (a) Cases in which refunds authorized

The Secretary of the Treasury is authorized to refund duties or other receipts in the following cases:

#### (1) Excess deposits.—
Whenever it is ascertained on liquidation or reliquidation of an entry or reconciliation that more money has been deposited or paid as duties than was required by law to be so deposited or paid.

#### (2) Fees, charges, and exactions.—
Whenever it is determined in the manner required by law that any fees, charges, or exactions, other than duties and taxes, have been erroneously or excessively collected.

**EXHIBIT F**

LII > Electronic Code of Federal Regulations (e-CFR)  > Title 19—Customs Duties
> CHAPTER I—U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF HOMELAND
SECURITY; DEPARTMENT OF THE TREASURY
> PART 10—ARTICLES CONDITIONALLY FREE, SUBJECT TO A REDUCED RATE, ETC.
> Subpart J—Dominican Republic—Central America—United States Free Trade
Agreement
> Post-Importation Duty Refund Claims
> **§ 10.590 Right to make post-importation claim and refund duties.**

# 19 CFR § 10.590 - Right to make post-importation claim and refund duties.

CFR

### § 10.590 Right to make post-importation claim and refund duties.

Notwithstanding any other available remedy, where a good would have qualified as an originating good when it was imported into the United States but no claim for preferential tariff treatment was made, the importer of that good may file a claim for a refund of any excess duties at any time within one year after the date of importation of the good in accordance with the procedures set forth in § 10.591 of this subpart. Subject to the provisions of § 10.588 of this subpart, CBP may refund any excess duties by liquidation or reliquidation of the entry covering the good in accordance with § 10.592(c) of this subpart.