IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| SUCDEN AMERICAS CORP., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 22-00228 |
| UNITED STATES, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Respectfully submitted,

February 29, 2024        By:   /s/ S. Richard Shostak
S. RICHARD SHOSTAK
6620 N St. Andrews Dr.
Tucson, AZ 85718-2617
Mobile No: 213-300-8740
Email: srichardshostak@gmail.com
Attorney for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER

|  |  |
|---|---|
|  | Attorney-In-Charge<br>International Trade Field Office<br><br>/s/Mikki Cottet<br>MIKKI COTTET<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-307-0962<br>Facsimile: 202-514-7965<br>E-mail: Mikki.Cottet@usdoj.gov<br>Attorneys for Defendants |
| *Of Counsel*:<br><br>Emma L. Tiner<br>Attorney<br>Office of Assistant Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border Protection<br>26 Federal Plaza<br>New York, NY 10278<br>Telephone: (914) 252-6195<br>E-mail: Emma.l.tiner@cbp.dhs.gov |  |

Order of Dismissal

      This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: March 4, 2024

Clerk, U. S. Court of International Trade

By: /s/        Geoffrey Goell
             Deputy Clerk